

**U.S. Department of Health and Human Services**
**Office of the Assistant Secretary for Health**
**Office of Population Affairs**

Tennessee Department of Health
<mark>FPHPA006553</mark>
Title X Program Review Report

**Virtual Program Review (VPR)**
**July 11-15, 2022**

Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 1 of 63   PageID #: 33

## Table of Contents

Grantee Information ..................................................................................................................... 3

Overview of the Project ............................................................................................................... 4

   The Title X Virtual Program Review Process and Review Tool ...................................... 4

Project Administration ................................................................................................................ 6

Provision of High-Quality Family Planning Services ......................................................... 17

Adolescent Services .................................................................................................................. 27

Referral for Social and Medical Services .............................................................................. 31

Financial Accountability ............................................................................................................ 34

Subrecipient Monitoring ........................................................................................................... 41

Community Education, Participation, and Engagement ..................................................... 46

Information and Education (I & E) ........................................................................................... 48

Staff Training .............................................................................................................................. 52

Quality Improvement and Quality Assurance (QI & QA) .................................................. 55

Prohibition of Abortion ............................................................................................................. 58

Quality Family Planning Implementation Assessment ...................................................... 63

**Grantee Information**

**Grantee Name:**     Tennessee Department of Health
**Grantee Number:**    FPHPA006553
**Project Period:**     April 1, 2022 to March 31, 2027
**Budget Period:**     April 1, 2022 to March 31, 2023

|  |  |
|---|---|
| Federal Share: | $7,108,750 |
| Non-federal Share: | $8,594,213 |
| Total: | $18,627,963 |
| Program Income: | $0 |

**Project Director:**    Danni Lambert
**Project Address:**    710 James Robertson Pkwy, 64 Andrew Johnson Tower
Family Health and Wellness
Nashville, TN 37243

**Virtual Visit Dates:**    July 11-15, 2022

**Service Sites Visited:**    **Telehealth**
710 James White Parkway, Nashville TN 37243
**Hamilton Clinic**
Main 921 E. 3rd Street Chattanooga, TN 37403
**Polk County Benton Clinic**
2279 Parkside Road, Benton, TN

**Review Team:**    Tisha Reed – OPA Project Officer
Joyce McIntyre – Administrative Reviewer
Karen Ward – Clinical Reviewer
Valerie Butt – Fiscal Reviewer

3

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 3 of 63   PageID #: 35

**Overview of the Project**

The Tennessee Family Planning Program (TFPP) is a Tennessee Department of Health program that has served as a Title X grantee since 1972. The Tennessee Department of Health has a strong public health infrastructure to provide administrative, clinical and financial management support to a network of 124 sites providing family planning services across all 95 counties in the state. If funded, at least 75% of clients will be at or below 100% of the Federal Poverty Level. The TFPP provides services that are client-centered, culturally and linguistically appropriate, inclusive, and trauma informed. The TFPP works to protect the dignity of the individual and ensure equitable and quality service delivery. Tennessee Family Planning Program services encompass a broad range of medically approved family planning methods ranging from abstinence, sterilizations and LARCs to natural family planning and fertility awareness based methods, pregnancy testing and counseling, achieving pregnancy, basic infertility services, preconception and interconception care, and STD/HIV testing and treatment. Multiple sites also provide primary care, preventive health and dental services. The TFPP provides confidential services to minors, promotes parental involvement, and complies with all Title X and state requirements regarding mandatory reporting. Abstinence (sexual risk avoidance) and counseling related to coercive relationships is also provided to all adolescent clients and others as appropriate. As a leading expert on family planning service delivery, the TFPP has established partnerships with community-based and faith-based organizations that enhance clients' ability to achieve optimal health outcomes. The Tennessee Department of Health is the only agency with the capacity, staff, and expertise to administer Title X funds with integrity and without a gap in services in the state of Tennessee.

**<u>The Title X Virtual Program Review Process and Review Tool</u>**

OPA notified the grantee of the program review, held July 11-15, 2022, earlier this year. Due to the COVID pandemic and response across the nation, the traditional in-person program review shifted to be a virtual program review (VPR). OPA requested the grantee to provide certain materials (policy and procedure manuals, etc.) in advance of the review by using the MAX.gov platform. OPA also provided the grantee with a copy of the OPA program review tool, updated with the Title X 2021 new rule. This tool is the instrument used by the review team during the VPR.

The review team utilized the tool to systematically observe and evaluate program operations, seeking evidence of compliance with the Title X regulations and implementation of the Quality Family Planning recommendations.

*Assessment of Compliance with Title X Program Expectations*
This assessment evaluated the grantee's compliance with the statute, regulations, legislative mandates, and OPA expectations governing the Title X grant program. For these expectations, the grantee received an assessment of compliance and a rating of "met," "not met," or "N/A" (not applicable). The evidence of meeting minimum criteria was determined based on both grantee and subrecipient records and observation at grantee administrative offices and selected service sites as part of the VPR process. Evidence may include but is not limited to, policies, procedures, protocols, documentation of training, direct visual confirmation per review team consultants and/or OPA staff

4

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 4 of 63   PageID #: 36

to ensure that what is contained in written policy is actually implemented, or any other form of documentation that substantiates that the project is operating in accordance with the Title X Program expectations.

*Assessment of the Implementation of the Quality Family Planning Recommendation*
This assessment evaluated the extent to which the grantee has implemented key aspects of QFP. The grantee was assessed utilizing the listed criterion in OPA's QFP Clinical Assessment Checklist. The criterion identifies evidence of various aspects of quality services. The number of quality indicators identified as in place serve as a means for recognizing grantee achievements, as well as identifying areas not in place and therefore in need of improvement and/or technical assistance.

*Conclusion of Review and Evaluation Standards*
At the conclusion of the review, there was a Close-Out Presentation. Each review consultant reported on a few Areas of Success (AOS) and a few Areas of Improvement and Required Action (AOI) related to compliance and quality in their respective areas. Additionally, the reviewers also provide technical assistance to support improvements throughout the VPR.

This report is a more comprehensive compilation of the AOI and contains actions for addressing the AOI. If there was not sufficient evidence of compliance, the expectation is documented as being 'Not Met.' Each item 'Not Met' has a related 'Area of Improvement.' Each AOI is accompanied by a Required Action to aid the grantee in being compliant with Title X expectations. **Each AOI is accompanied by an "A" if it is an Administrative Area of Improvement (AOI); "C" if it is a Clinical Area of Improvement (AOI), and "F" if it is a Fiscal Area of Improvement (AOI).**

'Best Practice Suggestions' are recommendations that OPA encourages grantees to adopt to improve certain aspects of programming beyond meeting compliance expectations; however, grantees are not required to adopt these suggestions.

5

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 5 of 63   PageID #: 37

# Project Administration

**Expectation 1:**

Provide services without subjecting individuals to any coercion to accept services or to employ or not to employ any particular methods of family planning. (42 CFR § 59.5(a)(2))

**Review of Evidence Demonstrating Compliance (A):**
- TDH Family Planning Program Policy and Procedures (Revised May 2022), Voluntary Participation Policy effective April 1, 2022 revision date March 4, 2022
- General Consent for Health Services
- Chattanooga-Hamilton County Health Department Permission for Services
- Grant Contract Between the State of Tennessee and Hamilton County Health Department (7/1/22-6/30-27)
- Client Bill of Rights

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Policies address this expectation. Training documentation shows staff complete annual training on this and other Title X expectations. The Manual addresses this expectation. FP staff are required to complete initial and annual training that includes this expectation. Subrecipient contracts require compliance with the Recipient's Administrative Manual. Recipient site visit reports show subrecipient and service sites are in compliance with this expectation. The forms used by TN FPP and subrecipient service sites include statements. The Client Bill of Rights Voluntary Participation section states clients may refuse any and all services without penalty. These Bill of Rights are posted near the intake desk at service sites.*

*The consent for services form states "I freely give consent for the receipt of health services provided by the staff of the Tennessee Department of Health." The form does not specifically state services are provided on a voluntary basis.*

*TDH Family Planning Program Policy and Procedures: References throughout the policies include a reference to the Program Requirements for Title X Funded Family Planning Projects. This document has been replaced by the Title X Program Handbook 2022.*

*Chattanooga-Hamilton County Health Department Permission for Services form does not state services are provided on a voluntary basis. The Chattanooga-Hamilton County Health Department subrecipient contract requires services to be provided without subjecting individuals to coercion to accept services or to employ or not to employ any particular methods of family planning.*

*Best Practice Suggestion: Remove the reference to Program Requirements for Title X Funded Family Planning Projects, Version 1.0 April 2014 included in the reference sections throughout the policies, and replace it will the Titles X Program Handbook 2022.*

6

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 6 of 63   PageID #: 38

**Expectation 2:**

Ensure that acceptance of services is solely on a voluntary basis and may not be made a prerequisite to eligibility for, or receipt of, any other services, assistance from or participation in any other program of the recipient. (Sections 1001 and 1007, PHS Act; 42 CFR § 59.5(a)(2))

**Review of Evidence Demonstrating Compliance (A):**
- o   TDH Family Planning Program Policy and Procedures (Revised May 2022), Voluntary Participation Policy effective April 1, 2022 revision date March 4, 2022
- o   General Consent for Health Services
- o   Chattanooga-Hamilton County Health Department Permission for Services
- o   Client Bill of Rights
- o   Voluntary participation/non-coercion notice

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The recipient has established written policies and procedures for compliance with this expectation. Documentation of training shows staff complete annual training on this expectation. The General Consent for Health Services form states "I do not have to use any other health department services in order to receive Family Planning services." The statement on the consent form used by the subrecipient reviewed directly addresses this expectation. Voluntary participation/non-coercion notices are posted near intake desks at clinic sites reviewed. A Title X Requirements Acknowledgement form is sent to staff via email annually. Staff are asked to read Title X requirements attached regarding non-discrimination, non-coercion, abortion prohibition, and confidentiality and sign the form for each expectation. The signed form should be returned to sender.*

*The state will resize and make more colorful the voluntary participation/non-coercion notice posted near the intake desk.*

*Best Practice Suggestion: Remove the following statement from the General Consent for Health Services form: "I do not have to use any other health department services in order to receive Family Planning services." Replace with "I understand that I have the right to refuse any and all treatment and medication."*

**Review of Evidence Demonstrating Compliance (C):**
- o   Medical Records
- o   General consent forms

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

7

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 7 of 63   PageID #: 39

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Medical Records in each subrecipient site consistently included signed general consents for family planning services.*


## Expectation 3:

Ensure that staff are informed that any officer or employee of the United States, officer or employee of any State, political subdivision of a State, or any other entity, which administers or supervises the administration of any program receiving Federal financial assistance, or person who receives, under any program receiving Federal assistance, compensation for services, who coerces or endeavors to coerce any person to undergo an abortion or sterilization procedure by threatening such person with the loss of, or disqualification for the receipt of, any benefit or service under a program receiving Federal financial assistance shall be fined not more than $1,000 or imprisoned for not more than one year, or both. (42 U.S.C. § 300a-8, as set out in 42 CFR § 59.5(a)(2) footnote 1)

**Review of Evidence Demonstrating Compliance (A):**
- o TDH Family Planning Program Policy and Procedures (Revised May 2022), Voluntary Participation Policy effective April 1, 2022 revision date March 4, 2022
- o Documentation of Annual training regarding Title X expectations

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TDH policy prohibits coercion to use any particular method or service. Training documentation shows staff completed annual training on this expectation. Site visit reports showed TN FPP monitors subrecipient and service sites for compliance with this expectation. Staff are asked to read Title X expectations regarding non-discrimination, non-coercion, abortion prohibition, and confidentiality and sign the form for each expectation. The signed form should be returned to sender via email.*


## Expectation 4:

Provide services in a manner that does not discriminate against any client based on religion, race, color, national origin, disability, age, sex, sexual orientation, gender identity, sex characteristics, number of pregnancies, or marital status. (42 CFR § 59.5(a)(4))

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Cultural Competency
- o TN Family Planning Program Policy and Procedures, Non-Discriminatory Services (eff 4/1/22; rev 3/22/22)
- o TN Department of Health Non-Discrimination
- o Chattanooga-Hamilton CHD Administrative Manual, Title VI Statement

- o TDH General Administration 2.0, Title VI Limited English Proficiency (LEP) Patient Services -- 2.16
- o Client Bill of Rights
- o Virtual service site tours

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The recipient has established policy and procedures regarding this expectation. Training documentation showed staff have completed annual Title VI Training. The Client Bill of Rights includes this non-discrimination statement. Title VI posters are on the walls throughout the service sites reviewed. A Title X Requirements Acknowledgement form is sent to staff via email annually. Staff are asked to read Title X expectations attached regarding non-discrimination, non-coercion, abortion prohibition, and confidentiality and sign the form for each expectation. The signed form should be returned to the sender.*

*Non-discrimination is addressed in the Hamilton County Government Employee Handbook. TDH General Administration establishes non-discrimination policies for all TDH programs that are receiving financial assistance. This policy is based on Title VI regs that do not include the categories in FP expectations. This policy addresses compliance regarding interpreter and translation services. It requires each region and metro CHD to develop a written LEP plan based on a needs assessment. Title VI posters are posted throughout the clinic.*

*Best Practices Suggestion: Revise the non-discriminatory services policy to include sexual orientation, gender identity, and sex characteristics.*

**NOTE: Expectation 5 was reviewed under Financial Accountability.**

**Expectation 6:**

Provide services without the imposition of any durational residence expectation or an expectation that the client be referred by a physician. (42 CFR § 59.5(b)(5))

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Durational Residency (eff 05/2022, rev 5/15/22)
- o Chattanooga-Hamilton CHD Administrative Manual
- o Staff Observations through role play (three sites reviewed)

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

9

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 9 of 63   PageID #: 41

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The policy prohibits the use of any residency expectation to access Title X services at any service site. Staff are trained on this expectation and TFPP staff monitor the services site for compliance. A review of site visit reports showed no findings related to this expectation.*

*Interviews with staff and observations of role play at the three sites reviewed revealed staff are aware of this expectation.*

**NOTE: <u>Expectation 7</u> was reviewed under Provisions of High-Quality Family Planning Services.**

**NOTE: <u>Expectation 8</u> was reviewed under Community, Education, Participation, and Engagement.**

<u>**Expectation 9:**</u>

Ensure that all information as to personal facts and circumstances obtained by the project staff about individuals receiving services must be held confidential and must not be disclosed without the individual's documented consent, except as may be necessary to provide services to the patient or as required by law, with appropriate safeguards for confidentiality. Information may otherwise be disclosed only in summary, statistical, or other form that does not identify the individual. Reasonable efforts to collect charges without jeopardizing client confidentiality must be made. Recipients must inform the client of any potential for disclosure of their confidential health information to policyholders where the policyholder is someone other than the client. (42 CFR § 59.10(a))

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Confidentiality (eff 4/1/22; rev 3/4/22)
- o TDH Notice of Privacy Practices (rev 06/13)
- o TDH website, Family Planning section
- o General Consent for Health Services form
- o Chattanooga-Hamilton County Health Department Individual Agreement to Preserve Confidentiality of Patient or Client Information and Records
- o Chattanooga-Hamilton County Health Department Permission for Services
- o Chattanooga-Hamilton County Health Department Administration Manual 2019
- o TN Client Bill of Rights
- o Observations of role play

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

10

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 10 of 63   PageID #: 42

*Best Practices Suggestions & Additional Comments:* *Staff complete initial and annual training on this policy. TDH Notice of Privacy Practices is offered to clients at their initial visit. TDH has implemented medical records system safeguards to ensure adequate privacy, security, and appropriate access to PII. The TDH FPP website informs viewers that clinical services are confidential. The training plan and training documentation were provided for review.*

*Role plays at the three sites reviewed showed intake staff emphasis that services are confidential.*

*A Title X Requirements Acknowledgement form is sent to staff via email annually. Staff are asked to read Title X requirements attached regarding non-discrimination, non-coercion, abortion prohibition, and confidentiality and sign the form for each expectation. The signed form should be returned to sender.*

*The TDH website, Family Planning section, states Confidential clinical services are offered in all 95 counties across the state at each of the local health departments. General Consent for Health Services does not specifically state services are confidential. Clients receive a copy of the HIPAA Notice of Privacy Practices. The Chattanooga-Hamilton County Health Department workforce are required to sign this confidentiality agreement. The form documents the individual has reviewed the policy. It further designates routine access for the individual. There are four access levels ranging from no access to full access based on the individuals' work positions. Chattanooga-Hamilton Permission for Services includes an acknowledgment of receipt of notice of privacy practices. Role play of staff at three sites reviewed showed staff have received training on confidentiality expectations and are in compliance with state and federal HIPAA and other confidentiality expectations.*

**Review of Evidence Demonstrating Compliance (F):**
- o Contracts with metropolitan health departments
- o Administrative manual

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 10:**

Develop plans and strategies for implementing family planning services in ways that make services as accessible as possible for clients. (OPA Program Priority, as set out in PA-FPH-22-001 NOFO and the FY 2022 NOA Special Terms and Expectations)

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Telehealth (eff 6/1/22, rev 5/10/22)

This expectation was **MET.**

11

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 11 of 63   PageID #: 43

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TDH wants to meet the people "where they are." TDH initiated telehealth services with Title X funding just prior to the beginning of the pandemic. A client calling for an appointment is offered a telehealth or in-person appointment. Telehealth appointments can originate from client's home, health service site, or other site with internet service. If internet service is not available, the appointment can be conducted using Facetime or an audio phone call. Telehealth staff emphasize the importance of confidentiality. Ninety-five percent of telehealth clients surveyed were very satisfied with their visit and would recommend telehealth to their friends and family. TDH hopes to expand these services when funding and staffing permits. Hamilton County Health Department began offering telehealth services during COVID. Pre-pandemic, some clinics offered extended hours. Hamilton County plans to resume services during extended hours post-pandemic. Pre-pandemic, TDH began a process to assess service sites to determine their accessibility to vulnerable population. TDH surveyed 124 sites for their accessibility to teen, male, and LGBTQ+ persons. Plans were paused due to the pandemic. Based on survey results, TDH plans to increase the accessibility of services for a more diverse population. The percent of family planning users who are male is low (3%). TFPP staff along with Family Planning Administrators in the regions and metro are working to develop strategies to serve more males.*

*Pre-pandemic, the TDH began a process to assess service sites to determine their accessibility to vulnerable populations. The first year TDH surveyed 124 sites for their accessibility to teen, male, and LGBTQ+ persons. Plans were paused due to the pandemic. Survey results were provided for review. Based on survey results, TDH will increase the accessibility of services for a more diverse population.*

*Chattanooga-Hamilton CHD: Extended clinic hours, telehealth, med refill pickup dates without receiving services (pharmacy-like), FP ANPs are on a rotating schedule working in STD clinics to interact with male clinics and offer to fast track family planning services. The arrangement keeps the lines of communication open between STD clinic staff and FP staff. The site is trying to get word out that the HD provides family planning services for males. Pre-pandemic Chattanooga-Hamilton CHD offered services during extended hours. Plan to resume this schedule when feasible.*

*Recipient understands the need to increase the number of males receiving FP services. Are exploring a variety of options, particularly warm handoff from STD.*

## Expectation 11:

Identify and execute strategies for delivering services that are responsive to the diverse needs of the clients and communities served. (OPA Program Priority, as set out in PA-FPH-22-001 NOFO and the FY 2022 NOA Special Terms and Expectations)

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Telehealth (eff 6/1/22, rev 5/10/22
- o TN Family Planning Program Policy and Procedures, Facilities and Accessibility of Services (eff 11/6/2002; rev 12/6/2019)

12

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 12 of 63   PageID #: 44

- o FY 22 Competitive Application
- o General Administration 2.0, Title VI Limited English Proficiency (LEP) Patient Services2.16
- o Chattanooga-Hamilton County Health Department Administrative Manual

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The TN Department of Health and Chattanooga-Hamilton County Health Department provide telehealth services as an option for FP service delivery. Clients calling for an appointment are offered an in-person or telehealth appointment. Clients needing language assistance have presented a problem with telehealth appointments. The ANP uses Doxy.me or facetime to conduct these appointments. She has not been able to link in an interpreter. She has tried using the language line to complete the appointment but has not been satisfied with that option since she cannot see the patient and gauge her reactions. TDH should identify a communication method that will allow interpreters to participate in face-to-face meetings to provide interpreter services. TDH contracts for interpreter services at all clinic sites. Some sites have an interpreter on site (Spanish/English). Each region/metro is required to develop a written LEP plan to provide interpreter services. Translation services are provided through the Tennessee Foreign Language Institute. Virtual tours showed notices of availability of interpreter services in a variety of languages posted near the intake desk at service sites reviewed. Other notices and posters are posted in English and Spanish. Hamilton County has a Kurdish population and their brochures have been translated into Arabic.*

*TDH implemented the outreach initiative, Neonatal Abstinence Syndrome (NAS) Reduction Effort Through Expanded Access to Family Planning Services, in 2015. Family Planning staff provide education about NAS prevention and available Family Planning services. The opioid epidemic and COVID-19 pandemic resulted in an uptick in the number of opioid overdoses. All Family Planning clients are screened for substance abuse. TFPP works collaboratively with the Tennessee Department of Mental Health and Substance Abuse to provide seamless continuity of care.*

*The TN Accessible Transportation and Mobility Act of 2020 created a new office within the Tennessee Department of Transportation. The purpose is to provide resources and expertise for expanding and improving accessible transportation and mobility across the state. Efforts to address transportation barriers for clients include: outside of health department service locations, free bus passes, partnering with A Step Ahead program to provide transportation to women through Uber and Lyft services.*

*TDH partners with The Rape Prevention and Education program that focuses on preventing sexual violence perpetration and victimization.*

*Best Practice Suggestion: TDH FPP staff should explore options for telehealth service delivery for LEP clients needing interpreter services.*

**Expectation 12:**

Provide notice to OPA in the Title X Clinic Locator Database (https://opa-fpclinicdb.hhs.gov/) of any deletions, additions, or changes to the name, location, street address and email, services provided on-site, and contact information for Title X recipients and service sites. Changes must be entered into the database within 30 days from the official OPA/GAM prior approval expectation for changes in project scope, including clinic closures. (PA-FPH-22-001 NOFO and the FY 2022 Notice of Award Special Terms and Expectations)

**Review of Evidence Demonstrating Compliance (A):**
  o   Interview with grant recipient staff

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The TFPP Project Director has assigned the responsibility for maintaining the clinic locator database to a staff member. This staff member monitors local service sites and subrecipient agencies and updates the database as needed.*


## Expectation 13:

If enrolled in the 340B Program, comply with all 340B Program expectations. 340B Program expectations are available at https://www.hrsa.gov/opa/program-expectations/index.html. (FY 2022 Notice of Award Special Terms and expectations)

**Review of Evidence Demonstrating Compliance (F):**
  o   Inventory check
  o   Staff interviews

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *N/A*


## Expectation 14:

May copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under a federal award. The federal government reserves a royalty-free, nonexclusive and irrevocable right to reproduce, publish, or otherwise use the work for Federal purposes, and to authorize others to do so. The awardee is subject to applicable regulations governing patents and inventions, including government- wide regulations issued by the Department of Commerce at 37 CFR part 401. The federal government has the right to: obtain, reproduce, publish, or otherwise use

14

the data produced under this award; and authorize others to receive, reproduce, publish, or otherwise use such data for federal purposes.

**Review of Evidence Demonstrating Compliance (A):**
- o   Interview with Project Director

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


<u>**Expectation 15:**</u>

Acknowledge Federal funding when issuing statements, press releases, publications, requests for proposal, bid solicitations and other documents --such as tool-kits, resource guides, websites, and presentations (hereafter "statements")-- describing the projects or programs funded in whole or in part with HHS federal funds, the recipient must clearly state the percentage and dollar amount of the total costs of the program or project funded with federal money and the percentage and dollar amount of the total costs of the project or program funded by non-governmental sources.

**Review of Evidence Demonstrating Compliance (A):**
- o   No written policies and procedures
- o   Outreach and educational materials

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: The Recipient does not have any written policies and procedures for compliance with this federal expectation. Federal funding was acknowledged on the Title X Family Planning brochure developed and printed by the Tennessee Family Planning Program, but the acknowledgement does not match either of the acknowledgements included in this expectation. The acknowledgement on the brochure is as follows: "This publication was made possible by grant #FPHPA040651 from the US Department of Health and Human Services. Its contents are solely the responsibility of the authors and do not necessarily represent the official views of the US Department of Health and Human Services."*

*Interview with the Project Director revealed this is the only brochure developed by the project. The acknowledgement does include some of the wording included in one of the acknowledgements. Reviewer recommended the Project Director submit the acknowledgement currently on the Family Planning Brochure to their federal project officer for approval.*

15

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 15 of 63   PageID #: 47

*The Family Planning brochure has a statement acknowledging federal funding, but the statement is not required in this expectation. None of the other outreach material or brochures were developed and printed using Title X funding.*

*The Family Planning brochure acknowledges grant support but does not use the language required. Subrecipient contracts do not include this expectation.*

*Best Practice Suggestion: Develop written policies and procedures acknowledging federal funding when issuing statements, press releases, publications, requests for proposals, bid solicitations, and other documents, and include this expectation in subrecipient contracts. Submit acknowledgment currently used on the Family Planning brochure to the OASH federal project officer and the OASH grants management specialist for approval.*

16

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 16 of 63   PageID #: 48

# Provision of High-Quality Family Planning Services

## Expectation 1:

Provide a broad range of acceptable and effective medically approved family planning methods (including natural family planning methods) and services (including pregnancy testing and counseling, assistance to achieve pregnancy, basic infertility services, sexually transmitted infection (STI) services, preconception health services, and adolescent-friendly health services). If an organization offers only a single method of family planning, it may participate as part of a project as long as the entire project offers a broad range of acceptable and effective medically approved family planning methods and services. (Section 1001, PHS Act; 42 CFR § 59.5(a)(1))

Title X service sites are expected to provide most, if not all, of acceptable and effective medically approved family planning methods and services on site and must detail the referral process for family planning methods and services that are unavailable on-site.

### Review of Evidence Demonstrating Compliance (C):
- o Family Planning Clinical Guidelines
- o Client education/counseling protocol
- o Family Planning Public Health Nursing Protocols
- o Medical records review
- o Documentation of staff training
- o Interview with Training Manager

This expectation was **MET.**

### Areas of Improvement and Required Action (C): N/A

**Technical Assistance:** The reviewer recommended that basic infertility services, a core, and required Title X family planning service for men and women, alike, are offered on-site to clients instead of through the current referral process. These services, recommended by QFP, ACOG, and the American Urological Society are defined in QFP, page 14. RHNTC has several succinct resources for the offering of these services which are within APN's scope of training and practice. The reviewer also recommended that the Family Planning Clinical Guidelines, last updated in 2021, be reviewed annually.

***Best Practices Suggestions & Additional Comments:*** *Direct observation of client care substantiated that client were made aware of all FDA-approved contraceptives and their availability within the program. The Family Planning Program has a high usage of LARCs, and educational materials regarding NFP and liberally dispenses latex and non-latex condoms. Both clinics consistently offer same day starts for contraceptives. The Polk-Benton APN does not insert LARCs (a referral process is in place for these methods) and is willing to have updated training for these methods. The Clinical Manager could consider offering this APN supervised insertion opportunities at another clinic in order to enable her independent practice. Expedited partner treatment for STIs is readily available as are referrals for PrEP, after counseling regarding this medication. Reproductive life planning discussions and medical histories were consistently documented in all pregnancy testing records. Only one of the records included documentation that clients with positive tests were assessed for social support. Otherwise, all documentation was in*

17

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 17 of 63   PageID #: 49

*accordance with QFP principles. All staff had evidence of QFP training as it relates to pregnancy counseling.*

## Expectation 2:

Ensure that Title X service sites that are unable to provide clients with access to a broad range of acceptable and effective medically approved family planning methods and services, must be able to provide a prescription to the client for their method of choice or referrals to another provider, as requested. (42 CFR § 59.5(a)(1))

**Review of Evidence Demonstrating Compliance (C):**
- Clinic Protocol
- Referral list
- Medical records review

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Clinics provide all family planning methods and services, including referrals for sterilization and LARCs (provided on a sliding fee scale) if they are not available on-site. TFPP has an agreement with the University of Nevada, Reno, to perform vasectomies on clients that they have counseled regarding this contraceptive option, and those clients are charged on a sliding fee scale. The Recipient offers a broad range of contraceptives including several types of oral contraceptives, two types of IUDs and emergency contraception, and Depo Provera( IM and SQ). They offer a full year's supply of oral contraceptives if clinically not contraindicated, at the time of method initiation.*

## Expectation 3:

Provide services in a manner that is client-centered, culturally and linguistically appropriate, inclusive, and trauma-informed. (42 CFR § 59.5(a)(3))

**Review of Evidence Demonstrating Compliance (A):**
- TN Family Planning Program Policy and Procedures, Cultural Competency (rev 3/10/22; Eff date 4/1/22
- Client Dignity Protocol
- Chattanooga-Hamilton CHD Administrative Manual, Interpretation Services
- Chattanooga-Hamilton CHD Administrative Manual, Interpreters Provided by Clients
- Virtual clinic tour
- Training documentation

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TN has a policy of non-discrimination in employment. The virtual tour showed non-discrimination in employment posters and vacancy announcements (at one site) on the walls in the two sites reviewed. TDH staff complete cultural diversity training annually. Client satisfaction surveys assess the degree to which they feel the staff are sensitive to and able to deal effectively with the client population. Service sites conduct patient satisfaction surveys for a period of at least five working days during the calendar year. TDH staff collaborates with Health Councils composed of diverse stakeholders who look at data, identify disparities, and select priority areas to work on. I&E and outreach Family Planning materials are in English and Spanish. Limited material has been translated into Arabic. Interpreter services are available statewide through a language line. Hamilton County has Spanish-speaking interpreters available onsite.*

*The Chattanooga-Hamilton CHD Administrative Manual states that clients choosing to use their own interpreter must sign a waiver stating they were informed of an interpreter free of charge and of the risk of using their own interpreter but choose to use their interpreter. Signage in the building is in Spanish and English. FP brochures are in Spanish, English, and Arabic. Notice of availability of interpreter service is posted on the wall near the intake desk.*

**Review of Evidence Demonstrating Compliance (C):**
- o Recipient and subrecipient agencies have written policies and procedures addressing this expectation
- o Copies of Materials translated into other languages that are available to patients
- o LGBTQ Assessments
- o Translation services policy
- o Client education/counseling materials, etc.
- o Medical record review
- o Staff trainings
- o Policies, procedures, and Protocols

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Direct client/provider observations reflected client-centered care that was also trauma-informed. The Recipient has conducted LGBTQ+ assessments with an inclusive tool to evaluate quality services to these clients. Trauma-informed education was consistently documented in the medical records reviewed. The Hamilton clinic has Spanish interpreters (22% of the clients are Hispanic) on-site and both clinics utilize language lines. The Hamilton clinic has a gender-neutral bathroom identified during the tour of the facility.*

**Expectation 4:**

Provide services in a manner that protects the dignity of the individual. (42 CFR § 59.5(a)(3))

19

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 19 of 63   PageID #: 51

**Review of Evidence Demonstrating Compliance (C):**
- o   TNDOH Administrative Manual
- o   Client Dignity protocol
- o   Observation of client education

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: TFPP has a policy dated March 2022 describing the program's process for ensuring that services are provided in a manner that protects clients' dignity. Direct observation of client care role plays in each subrecipient site exemplified this standard of care.*


**Expectation 5:**

Provide services in a manner that ensures equitable and quality service delivery consistent with nationally recognized standards of care. (42 CFR § 59.5(a)(3))

**Review of Evidence Demonstrating Compliance (C):**
- o   Documentation of staff training
- o   Clinic Protocol
- o   Family Planning Clinical Guidelines, 2021
- o   Observation of client education; medical record/chart review

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: TFPP participates in the TDH Division of Family Health and Wellness health equity planning and implementation task force. This collaboration ensures that family planning policies reflect and value the potential of every client.*


**Expectation 6:**

Provide quality family planning services that are consistent with the Providing Quality Family Planning Services: Recommendations from Centers for Disease Control and Prevention and the U.S. Office of Population Affairs (QFP) and other relevant nationally recognized standards of care. (OPA Program Priority, PA-FPH-22-001 NOFO, and the FY 2022 NOA Special Terms and Expectations)

**Review of Evidence Demonstrating Compliance (C):**

- o Documentation of staff training
- o Clinic Protocol
- o Client education
- o Counseling Protocol
- o FPAR data
- o Observation of Client interactions

This expectation was **NOT MET.**

**Areas of Improvement and Required Action (C):** The number of male clients seen in the TFPP, less than 3% of the client total in 2021, is far below the national average. The Hamilton program had no male client medical records available for the review. The TFPP program needs to achieve health equity for the male population, particularly those of low income, by increasing outreach to males and recruiting males into the program. The TFPP must develop a protocol specific to males, including the family planning and related preventative health services recommendations in QFP's checklist for male services (page 23).

**Technical Assistance:** The reviewer discussed strategies with TFPP staff, including collaboration with STD programs to partner in addressing those needs of male patients and promoting services that will safeguard the reproductive health of both men and women. Marketing efforts could include distributing male-friendly brochures in posters in establishments, such as bars and gyms, where males congregate. Opportunities can be optimized to provide men with reproductive health care by converting a standalone visit (e.g., an STD screening request) to a more comprehensive family planning visit that also addresses issues related to unintended pregnancy prevention including sexual risks, contraception, and reproductive life planning. This approach is especially important for men who otherwise might not receive these services.

***Best Practices Suggestions & Additional Comments:*** *Midlevel nurse practitioners identified their comfort in seeing male clients. The TFPP has well-designed visual materials (e.g., postures and brochures) intended for a male audience. The Family Planning National Training Center has developed a checklist for family planning and related health services for men based on CDC, QFP, and OPA recommendations. Increasing services to the male population will facilitate preconception health for both men and women. The FPP needs to maximize these resources, identify current barriers to reaching males and create a plan to increase services to this population.*


## Expectation 7:

Advance health equity through the delivery of Title X services. Health equity is when all persons have the opportunity to attain their full health potential and no one is disadvantaged from achieving this potential because of social position or other socially determined circumstances. (OPA Program Priority, PA-FPH-22-001 NOFO, the FY 2022 NOA Special Terms and Expectations, and 42 CFR § 59.2)

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, non-discriminatory Services, Client Dignity
- o FP Training documentation
- o Observation during Role Play

21

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 21 of 63   PageID #: 53

This expectation was **MET**.

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Non-discriminatory services, client dignity, confidentiality, and other policies assure clients have access to reproductive health services. Training documentation showed that staff have completed annual non-discrimination, confidentiality, cultural diversity, and other required training. Staff have interpreter services available statewide through a language line. During role play observation, intake staff showed they are sensitive to the needs of clients and emphasize confidentiality. The clinic site reviewed is handicap accessible. Both sites have a gender-neutral restrooms.*

*Documentation of training provided for staff in the metro and region were reviewed.*

**Review of Evidence Demonstrating Compliance (C):**
- o  Documentation of staff training
- o  Client education/counseling protocol
- o  Observations and interviews
- o  Referrals policy or system/process

This expectation was **MET**.

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The recipient's work plan identifies two specific goals in advancing health equity. TFPP, together with TDH, are working with a Health Equity consultant to prepare a health equity disparity impact statement.*


**Expectation 8:**

Improve and expand accessibility of services for all clients, especially low-income clients by providing client-centered services that are available when and where clients need them and can most effectively access them. (OPA Program Priority, PA-FPH-22-001 NOFO, and the FY 2022 NOA Special Terms and Expectations).

**Review of Evidence Demonstrating Compliance (A):**
- o  TN Family Planning Program Policy and Procedures, Telehealth (eff 6/1/22, rev 5/10/22
- o  TN Family Planning Program Policy and Procedures, Facilities and Accessibility of Services (eff 11/6/2002; rev 12/6/2019)
- o  Chattanooga-Hamilton County Health Department Administrative Policies
- o  Virtual tour of clinic sites

This expectation was **MET**.

22

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 22 of 63   PageID #: 54

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Surveys of TDH TFPP telehealth services have shown that 95% of the clients are satisfied with their services and would recommend telehealth to friends and family. TFPP plans to expand services as funding and staffing are available. Hamilton County Health Department offered extended hours pre-pandemic and initiated telehealth during the pandemic. The Health Department plans to resume extended hours schedule and expand telehealth services and offer quick med pickup (similar to pharmacies). Hamilton County plans outreach to a small Kurdish population in the county. TFPP staff have been working with the Epidemiologist to establish outreach potential. For example, mapping the counties serving less than 21% of Females aged 19-44 who are potentially eligible for Title X FP services.*

*Chattanooga-Hamilton County Health Department: Pre-pandemic offered extended hours so that clients could access services after work. During the pandemic, offered telehealth service and drive-through meds pickup. When fully staffed and open, plan to resume and expand telehealth services and offer quick med pickup (similar to pharmacies). The main clinic reviewed has free parking in a garage, automatic door opening, and elevators. Handicap-accessible, gender-neutral restrooms are available. The building is large and well laid out to accommodate individuals with mobility issues. Maps are posted on the walls to direct clients to available services, including family planning. Spanish-speaking interpreters are onsite, and a language line is available for other languages. FP APNs work in an STD clinic periodically to provide FP information and intake for FP services to male clients. The clinic serves a racially diverse population. There has been an increase in outreach to the Kurdish population in the county.*

*Polk County Health Department is attractive and well laid out. A gender-neutral restroom is available. The entrance door is not automatic, but staff indicated there are plans to update it. Polk County is a small, rural county. The Benton clinic served only 39 patients and no males.*

**Review of Evidence Demonstrating Compliance (C):**
- Client education/counseling materials
- Telehealth protocol
- Transportation access (Client mobility)
- Clinic layout
- Needs assessment
- Patient observation
- Interpretation services

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The Telehealth program greatly enhances clients' access to services through the offering of flexible hours and obviating the need for transportation.*

23

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 23 of 63   PageID #: 55

## Expectation 9:

Offer pregnant clients the opportunity to be provided information and counseling regarding each of the following options: prenatal care and delivery; infant care, foster care, or adoption; and pregnancy termination. If requested to provide such information and counseling, projects must provide neutral, factual information and nondirective counseling on each of the options, and referral upon request, except with respect to any option(s) about which the pregnant client indicates they do not wish to receive such information and counseling. (42 CFR § 59.5(a)(5), Title X appropriations)

**Review of Evidence Demonstrating Compliance (C):**
- o  Documentation of staff training
- o  Pregnancy Testing and Counseling Protocol
- o  Referral list
- o  Medical Records review
- o  APN staff interviews
- o  Pregnancy Testing and Counseling Protocol
- o  Referral lists
- o  Medical Records review
- o  Observation of Pregnancy Counseling visit
- o  Staff interview

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** The reviewer strongly recommended the addition of pregnancy testing to the family planning brochure's list of services.

***Best Practices Suggestions & Additional Comments:*** *Non-directive pregnancy counseling is offered by nurse practitioners. No referrals for abortion are made. Prenatal precautions, according to the protocol, are documented in the medical records reviewed. The protocol for pregnancy counseling conforms with federal expectations for this service.*


## Expectation 10:

Provide that family planning medical services will be performed under the direction of a clinical services provider (CSP), with services offered within their scope of practice and allowable under state law, and with special training or experience in family planning. CSPs include physicians, physician assistants, nurse practitioners, certified nurse midwives, and registered nurses with an expanded scope of practice who are trained and permitted by state-specific regulations to perform all aspects of the user (male and female) physical assessments recommended for contraceptive, related preventive health, and basic infertility care. (42 CFR § 59.5(b)(6) and 42 CFR § 59.2)

**Review of Evidence Demonstrating Compliance (C):**
- o  CVs (Grantee, Hamilton, and Polk-Benton) Medical Directors
- o  Interviews with three Medical Directors and APNs

24

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 24 of 63   PageID #: 56

  o Description of Position

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** The reviewer recommended that the recipient's medical director reach out to the program's regional directors on a regular basis (e.g., quarterly newsletter) apprising them of any news or update regarding the TFPP.

***Best Practices Suggestions & Additional Comments:*** *TFPP's Medical Director was engaged with the review process during each day of this program review. She has reviewed and signed TFPP protocols and policies. She has many years of experience in family planning and women's health and has attended several annual FP updates, contraceptive technology update conferences, and the past two virtual national reproductive health conferences hosted by the national clinical training center. Hamilton's medical director job description stated that the physician serves as the clinical supervisor/collaborator with the advanced practice nurses which includes monthly chart reviews, reviewing and approving protocols, and clinical guidelines used in various clinics. This subrecipient has an APN/MD Preceptor Agreement stipulating that family planning services are under the supervision of the physician preceptor. The newly appointed Medical Director will be attending an upcoming reproductive health care conference. An OB/GYN physician is available to Hamilton APNs for consultation Pol-Benton's medical director is a board-certified family medicine physician with recent continuing education in reproductive health. All medical directors confirmed that they are familiar with QFP.*


**Expectation 11:**

Ensure that non-clinical counseling services (such as contraceptive counseling, nondirective options counseling, reproductive health goals, etc.) is provided by any adequately trained staff member who is involved in providing family planning services to Title X clients, this may include CSPs and non-CSPs (e.g., health educators). (2021 Final Rule FAQs)

An "adequately trained staff member" has attended and participated in required orientation, courses, curriculums, and/or teaching/mentoring experiences, maintains appropriate competencies, and is knowledgeable and proficient in providing non-clinical counseling services.

**Review of Evidence Demonstrating Compliance (C):**
  o Documentation of staff training/education
  o Observation of Client Education session and/or staff interview
  o Medical record review

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Not all TFPP staff have completed training in QFP. Completing this training will familiarize these members with the principles designed to optimize care. Direct observation of non-clinical counseling reflected the staff member's ability to appropriately follow up on non-verbal cues from the client. The RLP was consistently discussed in all observed client/provider interactions, as well as documented in medical records reviewed.*

26

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 26 of 63   PageID #: 58

# Adolescent Services

## Expectation 1:

Apply all expectations listed under "Provision of Quality Family Planning Services" when providing services to adolescent clients.

**Review of Evidence Demonstrating Compliance (C):**
- Observation and staff interview
- Medical records review
- Adolescent Clinical Protocol

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TFP's adolescent population, at 19% is higher than the national average.*


## Expectation 2:

Provide adolescent-friendly health services, which are services that are accessible, acceptable, equitable, appropriate and effective for adolescents. (42 CFR § 59.2)

**Review of Evidence Demonstrating Compliance (C):**
- Medical records review
- Client education/counseling materials
- Observations and staff interviews
- Inspection of Title X subrecipient sites
- Schedule of site hours

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The TFP Adolescent Service policy identifies QFP's five key principles to ensure quality counseling and education.*


## Expectation 3:

To the extent practical, Title X projects shall encourage family participation. However, Title X projects may not require consent of parents or guardians for the provision of services to minors, nor can any Title X project staff notify a parent or guardian before or after a minor has requested and/or received Title X family planning services. (Section 1001, PHS Act; 42 CFR § 59.10(b))

27

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 27 of 63   PageID #: 59

**Review of Evidence Demonstrating Compliance (A):**
- o   FP PHN Protocols, Adolescent Services
- o   TN Family Planning Program Policy and Procedures, Confidentiality
- o   Training documentation
- o   Client Bill of Rights
- o   Training Plan
- o   TN Family Planning Program Policy and Procedures, Compliance with Legislative Mandates (eff 4/1/22; rev 3/22)
- o   Role plays

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TFPP has written an Adolescent Services policy requiring counseling regarding encouraging family participation in the decision of minors to seek family planning services. Parental consent is not required for minors to receive services. Site visit reports show subrecipients and services sites are assessed for compliance with this expectation. The training plan includes annual training on this expectation and training documentation shows staff completed this training. The Client Bill of Rights posted near intake desks in clinics assures clients that their health records are private, and services will be provided in ways that ensure privacy and safety. Intake staff during role play assured clients their insurance would not be billed, and the health department would not mail anything to their homes if they were seeking confidential services.*

**Review of Evidence Demonstrating Compliance (C):**
- o   Observation and staff interviews
- o   Adolescent counseling and education protocol

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Role play scenarios in each Hamilton and Polk-County clinic demonstrated that staff confirms with adolescent patients that project staff will not notify a parent or guardian before or after a minor has requested and/or received Title X family planning services.*


**Expectation 4:**

Ensure that all applicants for Title X funds certify that they encourage family participation in the decision of minors to seek family planning services and provide counseling to minors on how to

28

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 28 of 63   PageID #: 60

resist attempts to coerce minors into engaging in sexual activities. (Legislative Mandate set out in the Annual HHS Appropriations Act)

**Review of Evidence Demonstrating Compliance (A):**
- o FP PHN Protocols, Adolescent Services
- o Training Plan and documentation of training
- o 2022 Administrative Manual Tennessee Family Planning Program

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TDH FPP policy requires providers to counsel on ways to resist sexual coercion and on encouraging family involvement at the initial reproductive health encounter and at least annually. Parental consent is NOT required in order to receive services. Information will not be shared without the minor's consent. Minors presenting with a parent or guardian must be offered the opportunity to receive counseling and/or examination separately from the parent(s)/guardian(s). The Administrative Manual states adolescents may consent to family planning services without the consent of a parent. The Adolescent Consents and Counseling section of the manual further states that adolescents must be counseled on how to resist being coerced into engaging in sexual activities and encourage the minor to involve their family in their decision to seek family planning services. Site visit reports reviewed found service sites were in compliance with these expectations.*

**Review of Evidence Demonstrating Compliance (C):**
- o Adolescent Services Protocol
- o Observations and staff interviews

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The Adolescent Services protocol clearly stipulates legislative expectation mandates and the review of medical records consistently documented age-appropriate counseling in this regard. The protocol offers an example of a well-written script encouraging minors' inclusion in family participation. All chart reviews, male and female alike, had documented adolescent counseling. Medical records reviewed for both the Hamilton and Polk-Benton sites had consistent and complete adolescent counseling documented. Role plays with adolescent clients at each site, similarly included this counseling, including that with a male client.*

**Expectation 5:**

29

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 29 of 63   PageID #: 61

No Title X services provider shall be exempt from any State law requiring notification or the reporting of child abuse, child molestation, sexual abuse, rape, or incest. (Legislative Mandate set out in the Annual HHS Appropriations Act)

**Review of Evidence Demonstrating Compliance (A):**
- o 2022 Administrative Manual Tennessee Family Planning Program, Mandatory Reporting Requirement
- o TN Family Planning Program Policy and Procedures, Confidentiality
- o TN Family Planning Program Policy and Procedures, Compliance with Legislative Mandates
- o FP PHN Protocols, Adolescent Services
- o Training Plan and documentation of training

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TDH FPP policy requires staff to report suspected abuse in compliance with state reporting laws. The training plan requires training on this expectation to be completed annually. Documentation showed staff training is up to date. The training is provided by the Tennessee Department of Children's Services (Mandated Child Abuse Reporting Training). A Title X: Mandatory Reporting Acknowledgement form is sent via email to staff annually. Staff may use the form to report training completed and upload certificates of completion.*

**Review of Evidence Demonstrating Compliance (C):**
- o Child Abuse Protocol
- o Adolescent Services Policy

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The Adolescent Services Policy for TFPP stipulates that the TNDH policy "Reporting Child Abuse" must be followed to report suspected abuse. This policy comprehensively addresses the legislative reporting mandate.*

# Referral for Social and Medical Services

**Expectation 1:**

Provide referrals for medical services related to family planning and to other medical facilities when medically indicated thereby provide for the effective usage of contraceptive devices and practices. (42 CFR § 59.5(b)(1))

**Review of Evidence Demonstrating Compliance (C):**
- o   Referral Protocol
- o   Referral Lists
- o   Medical records review

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** The reviewer recommended that out-of-state abortion referral resources are available at the Hamilton site to clients who request this information for an unintended pregnancy, (insofar as this procedure will no longer be available in Tennessee).

***Best Practices Suggestions & Additional Comments:*** *Subrecipient sites have effective processes for referrals to medical, mental health, and social service agencies. TDFP has established and maintains collaborative relationships with Community Health Centers, and the Rural Health Services Consortium, among others, and an agreement with A STEP AHEAD program allows Title X clients free LARCs and insertions, and transportation or fuel vouchers to facilitate appointments. Documentation was seen in the medical record when referrals were made based on a documented specific condition/issue. The Hamilton subrecipient site has a current (May 2022) and comprehensive list of abortion providers in nearby states who provide abortion to clients who request this information for an unintended pregnancy, (insofar as this procedure will no longer be available in Tennessee, effective August 25, 2022 due to Tennessee's Human Life Protection Act banning all abortions).*

**Expectation 2:**

Provide referrals for social services related to family planning and to and from other social and medical service agencies, and any ancillary services which may be necessary to facilitate clinic attendance. (42 CFR § 59.5(b)(2))

**Review of Evidence Demonstrating Compliance (C):**
- o   Recipient needs assessment
- o   Clinical protocol

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments:* *The recipient needs assessment has documented the social service and medical needs of the community to be served and identified relevant social and medical services available to help meet those needs. Eighteen Tennessee counties have A Step Ahead Program which provides free transportation to facilitate clinic attendance and referral visits.*

## Expectation 3:

Provide for coordination and use of referrals and linkages with primary healthcare providers, other providers of healthcare services, local health and welfare departments, hospitals, voluntary agencies, and health services projects supported by other federal programs, who are in close physical proximity to the Title X site, when feasible, in order to promote access to services and provide a seamless continuum of care. (42 CFR § 59.5(b)(8))

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Availability of Social Services (eff 4/1/22; rev 3/21/22); Availability and Use of Referrals (eff 4/1/22; rev 3/22/22)
- o MOU TDH and Christ Community Health Center, Inc.
- o FY22 Competitive Application
- o MOU template

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments:* *TFPP service sites are required to have a process to refer clients for social and medical services. Polk County HD does not have formal agreements for these services but does have a resource list. Resource lists were available in the waiting rooms of both clinic sites reviewed. Regional/Metro Family Planning Administrators (FPA) along with healthcare experts and clinic staff are responsible for vetting providers and referral resources. Referral resources are required to be updated annually.*

*The MOU template addresses referrals between agencies and clarifies that it is not an exclusive arrangement.*

*Chattanooga-Hamilton CHD refers clients to CEMPA: FOR PrEP. Chattanooga-Hamilton CHD referral/resources list includes Erlanger FQHC and other CHCs, private physicians, etc.*

*Polk County Health Department refers to Centennial Medical Center in Nashville for patients desiring tubal ligations and to private providers for patients desiring sterilizations. Both referral resources charge Title X referred clients on a sliding fee scale.*

*Both sites visited have a resource list for providers in the area.*

32

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 32 of 63   PageID #: 64

**Expectation 4:**

Ensure service sites and subrecipients have strong links to other community providers to ensure that clients have access to primary care. If a client does not have another source of primary care, priority should be given to providing related reproductive health services or providing referrals, as needed. Screening services such as, medical history; cervical cytology; clinical breast examination; mammography; and pelvic and genital examination should be provided for clients without a primary care provider, where applicable, and consistent with nationally recognized standards of care. In addition, appropriate follow-up, if needed, should be provided while linking the client to a primary care provider. (QFP, p.20, https://opa.hhs.gov/sites/default/files/2020-10/providing-quality-family-planning-services-2014_1.pdf )

**Review of Evidence Demonstrating Compliance (C):**
- o Referral Protocol
- o Medical records review
- o Staff interviews

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** Medical records had consistent documentation regarding clients' primary care provider(s). In cases where there were none, referrals were documented.

***Best Practices Suggestions & Additional Comments:*** *If a client does not have another source of primary care, screening services such as medical history, cervical cytology, clinical breast examinations, and pelvic and genital examinations are provided for clients, where applicable, consistent with nationally recognized standards of care. TFPP has an MOU with specialty service providers to follow up on abnormal Pap smears and breast exams. TFPP maintains collaborative agreements with various referral agencies, including emergency care, HIV/AIDS care, and treatment providers, infertility specialists, primary care, and chronic care management providers.*

33

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 33 of 63   PageID #: 65

# Financial Accountability

**Expectation 1:**

Provide that no charge will be made for services provided to any clients from a low-income family except to the extent that payment will be made by a third party (including a government agency) which is authorized to or is under legal obligation to pay this charge. Low-income family means a family whose total annual income does not exceed 100 percent of the most recent Poverty Guidelines issued pursuant to 42 U.S.C. 9902 (2). "Low-income family" also includes members of families whose annual family income exceeds this amount, but who, as determined by the project director, are unable, for good reasons, to pay for family planning services. (Section 1006(c)(1), PHS Act; 42 CFR § 59.5(a)(7) and 42 CFR § 59.2)

**Review of Evidence Demonstrating Compliance (F):**
- o   Patient chart reviews
- o   Schedule of discounts
- o   Fee schedule
- o   Review capture of patient income declaration in the EHR
- o   Financial policies review
- o   Administrative manuals

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *N/A*


**Expectation 2:**

Unemancipated minors who wish to receive services on a confidential basis must be considered on the basis of their own resources. (Section 1006(c)(1), PHS Act; 42 CFR § 59.5(a)(7) and 42 CFR § 59.2)

**Review of Evidence Demonstrating Compliance (F):**
- o    5 charts were reviewed for each site (minors seeking confidential services included in the samples)
- o   Role play
- o   Administrative manual

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

34

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 34 of 63   PageID #: 66

*Best Practices Suggestions & Additional Comments: N/A*

## Expectation 3:

Provide that charges will be made for services to clients other than those from low-income families in accordance with a schedule of discounts based on ability to pay, except that charges to persons from families whose annual income exceeds 250 percent of the levels set forth in the most recent Poverty Guidelines issued pursuant to 42 U.S.C. 9902(2) will be made in accordance with a schedule of fees designed to recover the reasonable cost of providing services. (42 CFR § 59.5(a)(8))

The schedule of discounts should be updated annually in accordance with the FPL.

**Review of Evidence Demonstrating Compliance (F):**
- o Chart Reviews
- o Schedule of discounts
- o Fee schedule
- o Interview on the setting of charges
- o Review patient income declaration forms
- o Role play, policy review
- o Determination of fees framework

This expectation was **MET.**

**Areas of Improvement and Required Action (F): N/A**

**Technical Assistance: N/A**

*Best Practices Suggestions & Additional Comments: N/A*

## Expectation 4:

Ensure that family income is assessed before determining whether copayments or additional fees are charged. (42 CFR § 59.5(a)(8))

**Review of Evidence Demonstrating Compliance (F):**
- o Patient chart review
- o Policy review
- o Role play
- o Patient income declarations
- o Administrative manual
- o Financial policies
- o Interviews

This expectation was **MET.**

**Areas of Improvement and Required Action (F): N/A**

35

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 35 of 63   PageID #: 67

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


## Expectation 5:

Ensure that, with regard to insured clients, clients whose family income is at or below 250 percent of the FPL should not pay more (in copayments or additional fees) than what they would otherwise pay when the schedule of discounts is applied. (42 CFR § 59.5(a)(8))

**Review of Evidence Demonstrating Compliance (F):**
- o Patient chart review
- o Financial policy review
- o Role play
- o Staff interviews
- o Administrative manual

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


## Expectation 6:

Take reasonable measures to verify client income, without burdening clients from low-income families. Recipients that have lawful access to other valid means of income verification because of the client's participation in another program may use those data rather than re-verify income or rely solely on clients' self-report. If a client's income cannot be verified after reasonable attempts to do so, charges are to be based on the client's self-reported income. (42 CFR § 59.5(a)(9))

**Review of Evidence Demonstrating Compliance (F):**
- o Patient chart reviews
- o Financial policies review
- o Patient intake and disclosure forms
- o Role play
- o Administrative manual
- o Patient income declaration forms
- o Patient billing records

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

36

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 36 of 63   PageID #: 68

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 7:**

Take all reasonable efforts to obtain the third-party payment without application of any discounts, if a third party (including a Government agency) is authorized or legally obligated to pay for services. Where the cost of services is to be reimbursed under title XIX, XX, or XXI of the Social Security Act, a written agreement with the title XIX, XX, or XXI agency is required. (42 CFR § 59.5(a)(10))

**Review of Evidence Demonstrating Compliance (F):**
- o   Patient chart review
- o   Role play
- o   Financial policies review
- o   Administrative manuals
- o   Staff interviews
- o   Patient billing records

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 8:**

Provide that all services purchased for project participants will be authorized by the project director or their designee on the project staff. (42 CFR § 59.5(b)(7))

**Review of Evidence Demonstrating Compliance (F):**
- o   Fiscal policies review
- o   Staff interviews
- o   Administrative manual
- o   Purchasing policies

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*

**Expectation 9:**

Provide that if family planning services are provided by contract or other similar arrangements with actual providers of services, services will be provided in accordance with a plan which establishes rates and method of payment for medical care. These payments must be made under agreements with a schedule of rates and payment procedures maintained by the recipient. The recipient must be prepared to substantiate that these rates are reasonable and necessary. (42 CFR § 59.5(b)(9))

**Review of Evidence Demonstrating Compliance (F):**
- Financial policies review
- Staff interviews
- Contract review with the metropolitan health departments
- Internal site visit audits

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 10:**

Maintain financial policies and procedures that are in compliance with 45 CFR Part 75, Uniform Administrative expectations, Cost Principles, and Audit expectations for HHS Awards. (PA-FPH-22-001 NOFO and Notice of Award Terms and Expectations)

**Review of Evidence Demonstrating Compliance (F):**
- Financial policies review
- Staff interviews
- Administrative manual

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 11:**

Ensure that no mobile health unit(s) or other vehicle(s), even if proposed in the application for the Title X award, is purchased with award funds without prior written approval from the grants management officer. Requests for approval of such purchases must include a justification with a cost-benefit analysis comparing both purchase and lease options. Such requests must be submitted

38

as a Budget Revision Amendment in Grant Solutions. (Notice of Award Special Terms and Expectations)

**Review of Evidence Demonstrating Compliance (F):**
- NOA Review
- Staff interviews
- Fiscal policies
- Administrative manual

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *N/A*


## Expectation 12:

Include financial support from sources other than Title X as no grant may be made for an amount equal to 100 percent of the project's estimated costs. Although projects are expected to identify additional sources of funding and not solely rely on Title X funds, there is no specific amount of level of financial match expectation for this program. (42 CFR § 59.7(c), PA-FPH-22-001 NOFO, Notice of Award Special Terms and Expectations)

*Exception for territories and freely associated states as noted in the NOFO

**Review of Evidence Demonstrating Compliance (F):**
- NOA Review
- Budget review
- FFR reports
- Financial statements

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *N/A*


## Expectation 13:

Ensure that program income (fees, premiums, third-party reimbursements which the project may reasonably expect to receive), as well as State, local and other operational funding, will be used to finance the non-federal share of the scope of project as defined in the approved grant application and reflected in the approved budget. Program income and the level projected in the approved

39

budget will be used to further program objectives. Program Income may be used to meet the cost sharing or matching expectation of the Federal award. The amount of the Federal award stays the same. Program Income in excess of any amounts specified must be added to the Federal funds awarded. They must be used for the purposes and conditions of this award for the duration of the Project period. 45 C.F.R. § 75.307 (e), Notice of Award Special Terms and Expectations)

**Review of Evidence Demonstrating Compliance (F):**
- o  Policy & procedure review FFR
- o  Budgets
- o  Cost allocation methodology
- o  NOA review
- o  Administrative manual
- o  Staff interviews
- o  Financial policies

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


## Expectation 14:

Ensure that Title X funds shall not be expended for any activity (including the publication or distribution of literature) that in any way tends to promote public support or opposition to any legislative proposal or candidate for public office. (Annual Appropriations Bill)

**Review of Evidence Demonstrating Compliance (F):**
- o  Financial policies review
- o  Administrative manual
- o  Staff interviews

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*

40

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 40 of 63   PageID #: 72

# Subrecipient Monitoring

**Expectation 1:**

Detail a plan for monitoring the delivery of family planning services under the Title X project, including the monitoring and oversight of subrecipients. (45 CFR § 75.352)

**Review of Evidence Demonstrating Compliance (A):**
- o TDH Family Planning Administrative Manual
- o 2022 Family Planning Audit Schedule

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: The Federal and State Monitoring Visit section of the FP Administrative Manual declares contract agencies will be visited at least every three years. Currently, FPP staff conduct a site visit to every clinic site during the project period. This schedule takes a lot of staff time and a chunk of the travel budget. FPP Project Director is going to consider reviewing a sample of clinic sites during the project period. This should be as effective as reviewing every clinic site and less of a drain on resources. All Metro clinics will be reviewed during the project period. TFPP plans to modify the federal review tool for their use.*

**Expectation 2:**

In accepting the award, agree that the award and any activities thereunder are subject to all provisions of 45 C.F.R. part 75, currently in effect or implemented during the period of the award, (PA-FPH-22-001 NOFO and Notice of Award Special Terms and Expectations)

**Review of Evidence Demonstrating Compliance (F):**
- o Review of contracts with metropolitan area health departments

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*

**Expectation 3:**

In accordance with 45 CFR § 75.352(d), monitor the activities of the subrecipient as necessary to ensure that the subaward is used for authorized purposes, in compliance with Federal statutes,

41

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 41 of 63   PageID #: 73

regulations, and the terms and conditions of the subaward; and that subaward performance goals are achieved. Recipient monitoring of the subrecipient must include:

i. Reviewing financial and performance reports required by the recipient.
ii. Following-up and ensuring that the subrecipient takes timely and appropriate action on all deficiencies pertaining to the Federal award provided to the subrecipient from the recipient detected through audits, on-site reviews, and other means.
iii. Issuing a management decision for audit findings pertaining to the Federal award provided to the subrecipient from the recipient as required by 45 CFR § 75.521.

**Review of Evidence Demonstrating Compliance (A):**
- Sample subrecipient contract
- Hamilton County Contract
- SER Site Visit tool 5/18/22
- Chattanooga-Hamilton Title X Site Review tool 10/22/19
- TFPP Audit Schedule
- Chattanooga-Hamilton CHD and Polk CHD site review reports

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The sample subrecipient contract and the Hamilton County contract require subrecipients to provide services in compliance with TDH FPP Administrative Manual and Program Requirements for Title X Funded Family Planning Projects. The latter document is no longer in use and has been replaced by the Title X Program Handbook. Site visit reports for monitoring visits to Hamilton County and SER were provided for review. No deficiencies were found for Hamilton County. SER had a non-compliance finding regarding the I&E/advisory committee and review process. SER FPA has organized a committee and will convene an I&E Advisory Committee meeting in 2022.*
- *SER 2020 site visit tool showed non-compliance related to I&E/Advisory Committee functions. The committee is not active and has not met.*
- *The Chattanooga-Hamilton Health Department Title X site review tool did not identify any administrative issues. The consultant recommended training through RHNTC.*

*Site visits were not done during 2021 due to COVID and travel restrictions. FPA documentation for the site visit to Hamilton County Health Department on 3/28/22 was provided for review. Comprehensive review documented on the checklist with comments as needed. No issues were identified.*

*Best Practice Suggestion:*
- *Revise contracts with subrecipients to remove the reference to "Program Requirements for Title X Funded Family Planning Projects" and add the newly released document, Title X Program Handbook.*
- *Revise A.6.d. of contracts with subrecipients to include verification of training regarding encouraging family involvement in the decision of minors to seek reproductive health services*

42

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 42 of 63   PageID #: 74

*and counseling minors on how to resist attempts to coerce minors into engaging in sexual activities.*

- *Revise D.10. Nondiscrimination section of subrecipient contracts to include sexual orientation, gender identity, and sex characteristics.*

**Review of Evidence Demonstrating Compliance (F):**
  - ○ Subrecipient contract
  - ○ Subrecipient billing and payment
  - ○ Chart reviews
  - ○ Budget review

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 4:**

Depending upon the recipient's assessment of risk posed by the subrecipient, employ the following monitoring tools that may be useful for the recipient to ensure proper accountability and compliance with program expectations and achievement of performance goals: providing subrecipients with training and technical assistance on program-related matters; and performing on-site reviews of the subrecipient's program operations; and arranging for agreed-upon-procedures engagements as described in 45 CFR § 75.425. (45 CFR § 75.352(e))

**Review of Evidence Demonstrating Compliance (F):**
  - ○ Interviews regarding subrecipient site visits by health department staff

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 5:**

Verify that every subrecipient is audited as required by Subpart F of 45 CFR Part§ 75 when it is expected that the subrecipient's Federal awards expended during the respective fiscal year equaled or exceeded the threshold set forth in 45 CFR § 75.501. (45 CFR § 75.352(f))

**Review of Evidence Demonstrating Compliance (F):**

43

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 43 of 63   PageID #: 75

o   Audit

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 6:**

Consider whether the results of the subrecipient's audits, on-site reviews, or other monitoring indicate conditions that necessitate adjustments to the recipient's own records. (45 CFR § 75.352(g)).

**Review of Evidence Demonstrating Compliance (F):**
o   Subrecipient monitoring documentations

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: Subrecipient monitoring documentation does not indicate that adjustments were needed.*


**Expectation 7:**

Consider taking enforcement action against noncompliant subrecipients as described in 45 CFR § 75.371 and in program regulations. (45 CFR § 75.352(h))

**Review of Evidence Demonstrating Compliance (F):**
o   Interviews with subrecipient and state health department staff

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 8:**

Provide an opportunity for maximum participation by existing or potential subrecipients in the ongoing policy decision making of the project. (42 CFR § 59.5(a)(11)(ii))

**Review of Evidence Demonstrating Compliance (A):**
- TN Family Planning Program Policy and Procedures
- Subrecipient Inclusion in Policy Establishment (Eff date 4/1/22; revision date 3/22/22)

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TFPP policy states TFPP and TDH will provide opportunity(s) for contracted agencies and TDH staff to participate in the establishment of ongoing grantee policies and guidelines. TFPP collaborates with statewide TFPP administrators and multiple and diverse stakeholders to encourage engagement in guidelines development and implementation. Proposed policies, processes, standards, and procedures are developed in collaboration with TDH Community Health Services. The PHNP committee reviews and updates public health nursing protocols. This Committee includes one PHN from each rural region and one from two of the metropolitan areas. The Medical Leadership Team provides medical guidance, reviews, and updates to PH protocols. Proposed policies (or modifications to existing policies) are presented to the policy review committee for review and recommendation. Additional input comes from the following: monthly FPA meetings, biannual MCH stakeholders' meetings, continuing education of health care partners and staff in clinical guidelines, and community health communication campaigns and education. Regional and Metro Family Planning Administrator meeting PowerPoint presentations were provided for review, but meeting minutes were not recorded. TFPP should document input from FPAs.*

*Best Practice Suggestion: The recipient should maintain minutes of meetings with FPAs. The minutes should document suggestions for new policies and suggestions/changes to existing policies and procedures, forms, or other material. Provide feedback to FPAs regarding action taken related to their input, if any.*

45

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 45 of 63   PageID #: 77

# Community Education, Participation, and Engagement

**Expectation 1:**

Provide for opportunities for community education, participation, and engagement to: achieve community understanding of the objectives of the program; inform the community of the availability of services; and promote continued participation in the project by diverse persons to whom family planning services may be beneficial to ensure access to equitable, affordable, client-centered, quality family planning services. (42 CFR § 59.5(b)(3))

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Community Awareness and Education (eff 4/1/22; rev 3/4/22)
- o State of TN and TDH website
- o Chattanooga-Hamilton County Community Outreach and Education Program Area Annual Action Plan FY 2022
- o South East Family Planning Outreach Plan 2022-2023
- o Hamilton County Family Planning Outreach Plan 2022-2023

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TFPP has a written policy and procedures to ensure compliance with this expectation. TFPP developed a community outreach and Education Program Area Annual Action Plan FY22. The plan describes TFPP and health education staff efforts to make services known to the target population. FPAs are required to establish and implement community education and promotional activities. Outreach and education plans were provided for Hamilton Metro and SER for FY22 and FY 23. The Plans reflect Metro or Region activities for Recipient goals, objectives, and activities. Promotion and outreach activities are reviewed biannually by the FPA. Community outreach and education activities were prohibited due to COVID in FY20 and 21. Some outreach activities have or will take place this fiscal year. Another outreach tool is the Tennessee Department of Health website. Information is available no matter what language the user speaks and reads. The website can be translated into a variety of languages. The Family Planning section of the website advertises telehealth services and includes the phone number for an appointment. The site includes the following pages: educational resources, family planning services, healthcare provider resources, and Title X information. The family planning services page includes the OASH Office of Population Affairs Find a Family Planning Clinic tool. In addition to a list of family planning services, the page informs clients that services are confidential, teens or adults are not subjected to discrimination, fees are based on a sliding fee scale, and no one is turned away due to inability to pay.*

**Expectation 2:**

Provide, to the maximum feasible extent, an opportunity for participation in the development, implementation, and evaluation of the project by persons broadly representative of all significant elements of the population to be served, and by others in the community knowledgeable about the community's needs for family planning services. (42 CFR § 59.5(b)(10))

**Review of Evidence Demonstrating Compliance (A):**
- TN Family Planning Program Policy and Procedures, Collaborative Planning and Community Engagement (eff 4/1/22; rev 3/4/22)
- Subrecipient Inclusion in Policy Establishment (eff 4/1/22, rev 3/22/22)
- Polk County and Hamilton County Health Departments I&E/Advisory Committee meetings documentation

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TDH TFPP Collaborative Planning and Community Engagement policy and procedure describe the process for compliance with this expectation. The policy procedure indicates the I&E Advisory Committee or a separate group will serve in the community participation role. The Advisory Committee membership for the two clinic sites reviewed is limited and may not include individuals who are knowledgeable about the family planning needs of the community.*

*I&E/Advisory Committees reviewed at both sites (Chattanooga-Hamilton CHD and Polk County Health Department) document committees reviewed the work plan and other information was presented to the committees but do not include recommendations/comments provided by committee members.*

*TDH does not have a written community engagement plan.*

*The reviewer discussed options for meeting this expectation. For example, TFPP may require FPAs to expand the size and scope of their I&E Advisory Committees to include representatives from the community whose focus is reproductive health or seek input from community groups with a membership that is knowledgeable about reproductive health needs.*

*Best Practice Suggestion: The recipient should develop a community engagement plan which describes their process for obtaining input from community members and individuals from the community knowledgeable about the need for family planning services. Maintain documentation of the implementation of the plan.*

47

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 47 of 63   PageID #: 79

# Information and Education (I & E)

**Expectation 1:**

Have an advisory committee (sometimes referred to as information and education committee) that reviews and approves print and electronic informational and educational materials developed or made available under the project, prior to their distribution, to assure that the materials are suitable for the population or community to which they are to be made available and the purposes of Title X. The project shall not disseminate any materials which are not approved by the advisory committee. (Section 1006(d)(1) and (2), PHS Act; 42 CFR § 59.6(a))

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Materials Review and Approval Process (eff 4/1/22; rev 3/4/22)
- o Hamilton CHD I&E Committee Meeting documentation 2020
- o Hamilton CHD I&E Advisory Council meeting (3/23/22)
- o Hamilton CHD Materials Approved Reference Chart (updated 6/13/22)
- o SER I&E Inventory Log

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The I&E Materials Review and Approval Process policy and procedure requires each region, metro, or contracted Family Planning administrator should establish and implement a material review and approval process for their service sites. FPAs are required to submit minutes for I&E Advisory committee minutes to the central office (TDH FP office in Nashville). The process complies with Title X expectations. Monitoring reports document monitoring for compliance with this expectation. FPP has adopted RHNTC instructions and templates for the I&E materials review process. These documents are on the TFPP shared drive.*

*Hamilton CHD 2020 I&E Committee Meeting documentation shows there are 9 members on the committee but only 3 participated in this email meeting. The material should be reviewed and approved by a majority of the committee members. The documentation was sent to the FPP Administrator. There was no documentation to show feedback.*

**Expectation 2:**

Think specifically about the print and electronic materials they are making available to Title X clients under the Title X project when considering which materials require review and approval by the advisory committee. For Title X projects that provide non-Title X services (e.g., hospitals, health centers), this does not include all possible materials that a Title X client may find on the organization's website or as they walk through the building, but only those specific materials that

48

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 48 of 63   PageID #: 80

are made available to the Title X client under the Title X project and those materials developed specifically for the Title X client. (2021 Final Rule FAQs)

**Review of Evidence Demonstrating Compliance (A):**
- o Metro/region I&E materials (print or electronic) inventory
- o Interviews with TFPP Director and FPAs

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *A review of Hamilton and SER I&E materials and websites reviewed, and approved inventory shows the documents and websites are relevant for the project. The Hamilton County inventory included some material that has not been reviewed since 2012.*

*Best Practice Suggestion: The recipient should recommend regions and metros and ask their materials review committees to review material currently in use every 3 to 5 years.*

## Expectation 3:

Establish and maintain an advisory committee that:
- i. consists of no fewer than five members and up to as many members the recipient determines; and
- ii. includes individuals broadly representative of the population or community for which the materials are intended (in terms of demographic factors such as race, ethnicity, color, national origin, disability, sex, sexual orientation, gender identity, sex characteristics, age, marital status, income, geography, and including but not limited to individuals who belong to underserved communities, such as Black, Latino, and Indigenous and Native American persons, Asian Americans and Pacific Islanders and other persons of color; members of religious minorities; lesbian, gay, bisexual, transgender, and queer (LGBTQ+) persons; persons with disabilities; persons who live in rural areas; and persons otherwise adversely affected by persistent poverty or inequality). (Section 1006(d)(2), PHS Act; 42 CFR § 59.6(b))

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, I&E Advisory Committee Requirements
- o TN Family Planning Policy and Procedures, Advisory Committee Responsibility for I&E Materials
- o TN Family Planning Program Policy and Procedures, I&E Materials Review and Approval Process
- o 2022 Administrative Manual, Information & Education Advisory Committee and Material Approval
- o Hamilton CHD I&E Committee Meeting documentation (2020)
- o Hamilton CHD Advisory Council Minutes (3/23/22)

49

  ○ SER Community Input Committee and Materials Review Minutes

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The Recipient has established policies and procedures which are in compliance with Title X expectations. The function is delegated to Regions/Metros or other contracted agencies. Central office staff monitor metros and regions for compliance. Meeting minutes do not document who reviewed the factual, technical, and clinical accuracy of the material. Hamilton County demographic forms for the Advisory Committee show the committee has eight members, five are white and one is African-American/Black. Five members are between the ages of 23 and 32. Hamilton County population's race and ethnicity show 68% white, 17% Black or African American, 2% Asian, and 7% Hispanic.*

*Hamilton CHD Advisory Council Minutes submitted for the 3/23/22 meeting show a committee of eight members. Demographic forms were submitted for six of the members.*

*SER Community Input (2020): Minutes include documentation provided. Document review sheets for documents would have been helpful, but the minutes include criteria considered when reviewing the documents. The FPA has organized a new committee and plans to convene a meeting this year.*

*Best Practice: Recommend grant recipient modify I&E Materials Review and Approval Process policy to include (e.g., print and electronic) to agree with the 2021 Final Rule.*

*Best Practice: The recipient should ensure I&E/Advisory Committees' membership is broadly representative of the community served (including non-white, teens, LGBTQ+, etc.) and others in the community who are knowledgeable about the need for family planning services.*

**<u>Expectation 4:</u>**

Ensure that the advisory committee, in reviewing materials:
  i. consider the educational, cultural, and diverse backgrounds of individuals to whom the materials are addressed;
  ii. consider the standards of the population or community to be served with respect to such materials;
  iii. review the content of the material to assure that the information is factually correct, medically accurate, culturally and linguistically appropriate, inclusive, and trauma informed;
  iv. determine whether the material is suitable for the population or community to which is to be made available; and
  v. establish and maintain a written record of its determinations. (Section 1006(d)(1), PHS Act; 42 CFR § 59.6(b))

**Review of Evidence Demonstrating Compliance (A):**

50

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM Document 1-1 Filed 10/24/23 Page 50 of 63 PageID #: 82

- o TN Family Planning Program Policy and Procedures, I&E Advisory Committee Membership (eff 4/1/22; rev 3/4/22)
- o TN Family Planning Program Policy and Procedures, Advisory Committee Responsibility for I&E Materials Review (eff 4/1/22; rev 3/4/22)
- o Hamilton CHD 2020 Family Planning I&E Committee Meeting Minutes, Committee members' demographic forms
- o SER Advisory Committee members demographic forms

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:** TFPP has established policies and procedures for complying with these expectations. TFPP policy requires appropriate project staff to review the factual, technical, and clinical accuracy of all I&E materials developed or made available under the Title X project. Meeting minutes document the material was reviewed and approved. Review forms guide the review to assure the committee reviews the material for education level, cultural and diverse background of the community, standards of the community, and suitability for the community. TFPP policy states that TFPP will ensure that appropriate project staff reviews the factual, technical, and clinical accuracy of all I&E materials developed or made available to the Title X project. Site visit reports show recipients monitor for compliance with these expectations.*

*Each region is required to have an I&E Advisory Committee to review all materials and ensure they are appropriate for identified/targeted populations.*

*Hamilton CHD I&E Committee Meeting documentation is for 2020. The diversity of the committee looks good, but based on the meeting participation (e.g., via email) members are not active. Only three members participated in the email meeting. This number is less than half the committee. The documentation was emailed to the FPP Administrator. The 3/23/22 meeting minutes include a description of the project information provided to the committee, but do not document if the committee was given an opportunity to provide input. The county is very diverse, but the committee membership has one African American and the remaining five are white. The committee does have two males. Five members are between the ages of 23 and 32.*

*Best Practice Suggestion: The recipient should ensure that I&E/Advisory Committee meeting minutes document committee members were given an opportunity to provide suggestions/comments related to the program information provided.*

51

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 51 of 63   PageID #: 83

# Staff Training

**Expectation 1:**

Provide for orientation and in-service training for all project personnel. (42 CFR § 59.5(b)(4))

**Review of Evidence Demonstrating Compliance (A):**
- TN Family Planning Program Policy and Procedures, Staff Training and Project Technical Assistance (Eff 4/1/22; Rev 3/2022)
- TDH Family Planning Administrative Manual (03/22), Training Requirements for Family Planning Staff
- PHN Orientation & Practice Manual 2022 (rev 4/22)
- 2021 Annual Family Planning Training
- Family Planning Training Plan

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *PHN Orientation & Practice Manual 2022 Section III Orientation Guidelines for Nursing Personnel defines the orientation process for new public health nurses. The assigned preceptor and local health department staff work with the orientee to provide guidance and support in implementing the orientation plan. Skills are demonstrated and the orientee's competent return demonstration is documented on the Skills Orientation Checklist.*

*The grant recipient has a robust training program. Staff complete training from the RHNTC and training developed in-house. Acknowledgment forms for training are signed when training is complete and certificates of completion are attached.*

*The Title X Requirements Acknowledgement form can be used to acknowledge that FP staff have read and understand key Title X expectations such as non-discrimination, voluntary services, non-coercion, prohibitions on abortion, client confidentiality, and translation services.*

*Certificates of Completion for the 2021 National Reproductive Health Conference: Virtually Unstoppable were submitted to staff in SER and Hamilton.*

*2021 Annual Family Planning Training must be revised to reflect the changes in the Final Rule.*

**Expectation 2:**

Ensure routine training of staff on Federal/State expectations for reporting or notification of child abuse, child molestation, sexual abuse, rape or incest, as well as on human trafficking. (Legislative Mandate set out in the Annual HHS Appropriations Act)

52

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 52 of 63   PageID #: 84

OPA's expectation is that routine training would happen on an annual basis. In addition, OPA recommends Title X recipients and subrecipients provide routine training in accordance with the RHNTC's Title X Training Expectations Summary Job Aid.

**Review of Evidence Demonstrating Compliance (A):**
- TN Family Planning Program Policy and Procedures, Staff Training, and Project Technical Assistance.
- TN Family Planning Program Policy and Procedures, Compliance with Legislative Mandates (eff 4/1/22; rev 3/2022
- TDH Family Planning Administrative Manual (03/22), Training Requirements for Family Planning Staff
- Title X Family Planning Training Plan (11/21)
- Title X: Mandatory Reporting Acknowledgement form
- Human Trafficking 2022 Training Acknowledgement form
- Hamilton CHD Title X Mandatory Training Verification Report FY 22
- SER staff PHN Orientation Checklist (2022)
- SER annual FP mandatory training

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TDH policy requires all TFPP staff to complete annual training on laws regarding notification or reporting of child abuse, child molestation, sexual abuse, rape, or incest, intimate partner violence, as well as on human trafficking; and annual training on involving family members in the decision of minors to seek family planning services and on counseling minors on how to resist being coerced into engaging in sexual activities.*

*TFPP Clinical Trainer sends emails to staff with training acknowledgment forms for required training attached. These acknowledgment forms include links to the training provider site (RHNTC, state, etc.). Staff will receive reminder emails until the completed form with certificates of completion attached are returned to the TFPP Clinical Trainer. The Training Plan provided for review included all FPP staff training on these topics upon initial employment orientation and at least annually thereafter. Spreadsheets showing training completed by Hamilton Metro and SER. The Clinical Services Training.*

*Legislative Mandates Policy: State recipients will adhere to legislative mandates through policy creation, implementation, and monitoring.*

*Administrative Manual: Training requirements for Family Planning Staff list include training on Family Planning policies and procedures as follows: Family Planning Policies and Procedures, Title X Requirements and Priority Areas, Mandatory Report (Child Abuse), Intimate Partner Violence, Human Trafficking, Cultural Competency, and Sexual coercion avoidance education for adolescents.*

53

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 53 of 63   PageID #: 85

*The Title X Training Plan lists the following annual training: Voluntary Participation, Acceptance of Family Planning Services not a Prerequisite for Eligibility or Services, Prohibition of Abortion, Confidentiality, Cultural Competency/Humility, Facilities and Accessibility of Services, Mandatory Report, State, Human Trafficking, Family Involvement, Counseling Minors to Resist Sexual Coercion, and Non-Discrimination.*

**Expectation 3:**

Ensure routine training on involving family members in the decision of minors to seek family planning services and on counseling minors on how to resist being coerced into engaging in sexual activities. (Legislative Mandate set out in the Annual HHS Appropriations Act)

**Review of Evidence Demonstrating Compliance (A):**
- o  TN Family Planning Program Policy and Procedures, Staff Training and Project Technical Assistance.
- o  Title X Consideration of Minors Acknowledgement form
- o  TDH Family Planning Administrative Manual (03/22), Training Requirements for Family Planning Staff
- o  Title X Family Planning Training Plan (11/21)
- o  Documentation of training

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Policy shows new TFPP staff are required to complete a project orientation that includes involving family members in the decision of minors to seek FP services and on counseling minors on how to resist being coerced into engaging in sexual activities. The Training Plan for TFPP staff including training on these expectations.*

*Documentation of training on these expectations was provided for review. Title X Consideration of Minors Acknowledgement form along with certificates of completion may be used to document family planning staff have completed the RHNTC training Counseling Adolescent Clients to Encourage Family Participation and Counseling Adolescent Clients to Resist Sexual Coercion.*

54

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 54 of 63   PageID #: 86

# Quality Improvement and Quality Assurance (QI & QA)

**Expectation 1:**

Develop and implement a quality improvement and quality assurance plan that involves collecting and using data to monitor the delivery of quality family planning services, inform modifications to the provision of services, inform oversight and decision-making regarding the provision of services, and assess patient satisfaction. (PA-FPH-22-001 NOFO and Notice of Award Special Terms and Expectations)

**Review of Evidence Demonstrating Compliance (A):**
- o FY 22 Competitive Application State of Tennessee
- o Patient Tracking (PTBMIS)
- o Quality Assurance & Improvement Manual (July 2021)
- o TN Family Planning Administrative Manual
- o FPAR Reports (2021, 2019-2022)
- o Site Visit Reports

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The TFPP program currently uses TDH's Patient Tracking Billing Management Information System (PTBMIS) to collect client encounter data. TFPP will transition to FPAR 2.0 beginning in CY2022 and will report partial record-level data and the preferred approach outlined in the FPAR 2.0 Implementation Guide (October 2021). TDH is in the process of implementing a new EHR and phasing out the current system.*

*The QI/QA Work Plan includes calculating by state and by demographic/geographic subgroups contraceptive care performance measures: 1) the percentage of women aged 15-44 years at risk of unintended pregnancy that is provided a most effective or moderating effective contraceptive method, and 2) the percentage of women aged 15-44 years at risk of unintended pregnancy that is provided a long-acting reversible contraceptive method. Additional plans include piloting the use of the Person-Centered Contraceptive Counseling (PCCC) measure created by the University of California San Francisco at one or more clinics, and a FP telehealth client satisfaction survey. TDH does not have a QI/QA policy and procedure.*

*Templates were provided for Hamilton County Health Department for chart and facility audits. A completed chart audit report was also provided. A 30-day Improvement Plan for the 10/12/21 site visit was available for review.*

**Review of Evidence Demonstrating Compliance (C):**
- o Recipient policy and procedures regarding QI/QA
- o Recipient QI/QA Work Plan
- o Clinic Review tools Family planning Telehealth Study, February 2022

55

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 55 of 63   PageID #: 87

o Patient Satisfaction Results

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** TFPP has over 120 sites in 13 regions which they attempt to review once each grant cycle. The reviewer discussed ways to prioritize which sites to review, e.g., those perceived to have challenges, in order to make these reviews more manageable for the 3-person review team that travels year-round.

***Best Practices Suggestions & Additional Comments:*** *Recipient staff conduct site visits to review staff performance in clinical care, fiscal responsibility, and program administration at every project site at least once every project period. If deficiencies are identified during the site visit, a corrective action plan is assigned. The TFPP has procedures in place to follow up and ensure the implementation of the corrective action plan.*

## Expectation 2:

Address oversight and service provision at the recipient level, the subrecipient level, and the service site level within their QI/QA plan. (PA-FPH-22-001 NOFO and Notice of Award Special Terms and Expectations)

 **Review of Evidence Demonstrating Compliance (A):**
  o Quality Assurance & Improvement Manual (July 2021)
  o Office of Quality Improvement meeting minutes

This expectation was **MET**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Chattanooga-Hamilton County Health Department Quality Improvement Office does chart reviews, credentialing, risk minimization audits, internal lab training and check-offs, and help with the maintenance of equipment (e.g., timing for service), infection control, and help in updating protocols. Deficiencies identified require corrective action plans. Chart audits on new employees and each clinic site have general chart audits every six months. Peer audits are completed two times per year. Proficiency testing for CLIA lab certification.*

## Expectation 3:

Submit a Family Planning Annual Report (FPAR). The information collection (reporting expectations) and format for this report have been approved by the Office of Management and Budget (OMB) and assigned OMB No. 0990-0479 (Expires 9/30/2024). The FPAR data elements, instrument, and instructions are found on the OPA Web site at http://opa.hhs.gov. Recipients are

56

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 56 of 63   PageID #: 88

expected to use the FPAR data to inform their QI/QA activities. (PA-FPH-22-001 NOFO and Notice of Award Special Terms and Expectations)

**Review of Evidence Demonstrating Compliance (A):**
- FY 22 Competitive Application State of Tennessee
- TN Family Planning Administrative Manual
- Chattanooga-Hamilton CHD QI Office
- FPAR (by clinic level, metro, regional)

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Considering the impact of COVID, FPAR looks fairly reasonable. The number and percent of users who are male is very low (less than 3%). The 3-year report also shows the percentage of users that were male has been low over the 3-year period. TN FPP staff is working on improving these numbers, specifically working with the STD program to provide family planning services information for male clients.*

*Epidemiologist utilizes family planning service information (FPAR) in combination with mapping to identify outreach areas. She has generated a variety of maps for the TFPP Project Director.*

*TN Family Planning Administrative Manual, Family Planning Annual Report section states TFPP uses TDH's Patient Tracking Billing Management Information System (PTBMIS) and the EHR to collect client encounter data. All metro and local health departments currently report data from client encounters through PTBMIS.*

57

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 57 of 63   PageID #: 89

# Prohibition of Abortion

**Expectation 1:**

Not provide abortion as a method of family planning as part of their Title X project. (Section 1008, PHS Act; 42 CFR § 59.5(a)(5))

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Prohibition of Abortion & Referral for Abortion (Effective Date 4/1/22 Revision Date 3/4/22)
- o 2010 Tennessee Code Title 9 - Public Finances, Chapter 4 - State Funds, State Budget and Appropriations, Part 51 - State Budget and Appropriations 9-4-5116 - Abortion Funding
- o TN Family Planning Administrative Manual (March 2022)
- o Subrecipient contracts
- o TN PHN Protocols
- o Hamilton County Health Department Family Planning Standards 2021 (rev 04/04/22)

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *TN Family Planning Program has established policies and procedures stating that the project does not provide abortion as a method of family planning. The policy requires TFPP Family Planning staff to offer clients with positive pregnancy tests all options counseling and referrals upon request. Following the release, staff will provide neutral, factual information and nondirective counseling, and referral upon request on the options the pregnant client expressed an interest in. Grant recipient contracts and subcontracts must include language addressing this expectation and documentation of the training provided. Subrecipient contracts prohibit subrecipient agencies from using Title X funds for abortion or abortion-related services. The contract requires compliance with the TN Family Planning Program Administration Manual. Following the release of the 2021 Final Rule, TDH issued a Program Memorandum (11/7/21) that included a description of changes included in this rule. The memorandum included a brief description of the expectation to offer pregnant clients all options for counseling and referral (upon request). Staff signed a 2021 Final Federal Rule Title X Rule Changes Acknowledgement form. Subrecipient contracts prohibit subrecipient agencies from using Title X funds for abortion or abortion-related services to comply with Section 1008 of the Title X statute and 42 CFR 59.5(a)(5). The contract requires compliance with Title X and the TN Family Planning Program Administration Manual.*

*TN AB law prohibits the use of state funds for abortion services with two exceptions: pregnancy is the result of rape or incest, or a woman suffers from a physical disorder, physical injury, or physical illness, including a life-endangering physical condition caused by or arising from the pregnancy itself.*

**Expectation 2:**

Prohibit providing services that directly facilitate the use of abortion as a method of family planning, such as providing transportation for an abortion, explaining and obtaining signed abortion consent forms from clients interested in abortions, negotiating a reduction in fees for an abortion, and scheduling or arranging for the performance of an abortion, promoting or advocating abortion within Title X program activities, or failing to preserve sufficient separation between Title X program activities and abortion-related activities. (65 Fed. Reg. 41281 (July 3, 2000))

**Review of Evidence Demonstrating Compliance (A):**
- o TN Family Planning Program Policy and Procedures, Prohibition of Abortion & Referral for Abortion (Effective Date 4/1/22 Revision Date 3/4/22)
- o PHN Protocol, Pregnancy Testing
- o TN Family Planning Program Policy and Procedures, Conscientious Objection to Abortion Counseling & Referral
- o Subrecipient contract
- o TN Family Planning Program Administrative Manual
- o TN Department of Health Title X Assurances signed by Assistant Commissioner (1/10/2019)
- o Hamilton County Health Department Family Planning Standards 2021 (rev 04/04/22)
- o Subrecipient contract

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *Grant recipient established policies and procedures to describe the process for ensuring compliance with expectations that prohibit providing, promoting, referring for, or supporting abortion as a method of family planning, and referring to abortion as a method of family planning. Policies and protocols are in compliance with Title X expectations and the 2021 Final Rule.*

*TN Family Planning Program Policy and Procedures, Prohibition of Abortion & Referral for Abortion complies with Final Rule. PHN Protocol, Pregnancy Testing, aligns with the Final Rule. The protocol does allow for PHNs with a conscientious objection to counseling on termination to turn the client over to someone to do that counseling. It could be another staff member or FP telehealth services to meet the client's needs.*

*Conscientious Objection to Abortion Counseling & Referral policy establishes a policy and procedure for clinical staff who declare a conscientious objection to pregnancy termination to immediately defer pregnancy and all options counseling to another clinician.*

*Subrecipient contracts prohibit the use of Title X funds for abortion or abortion-related services in compliance with section 1008.*

**Expectation 3:**

Prohibit promoting or encouraging the use of abortion as a method of family planning through advocacy activities such as providing speakers to debate in opposition to anti-abortion speakers, bringing legal action to liberalize statutes relating to abortion, or producing and/or showing films that encourage or promote a favorable attitude toward abortion as a method of family planning. Films that present only neutral, factual information about abortion are permissible. A Title X project may be a dues paying participant in a national abortion advocacy organization, so long as there are other legitimate program-related reasons for the affiliation (such as access to certain information or data useful to the Title X project). A Title X project may also discuss abortion as an available alternative when a family planning method fails in a discussion of relative risks of various methods of contraception. (65 Fed. Reg. 41281, 41282 (July 3, 2000))

**Review of Evidence Demonstrating Compliance (A):**
- o Interviews with Project Director

This expectation was **MET.**

**Areas of Improvement and Required Action (A):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The recipient does not participate in prohibited activities.*

*In addition, the Director stated that TDH service sites are allowed to provide resource lists to clients seeking information on pregnancy termination sites. TDH FPP forms, policies, etc. are under review by TDH legal staff and expect a decision on what they are allowed to provide to or say to clients seeking pregnancy termination counseling and referral. Staff are concerned they will not be allowed to provide counseling. No pregnancy termination/abortion brochures are available to clients.*

**Expectation 4:**

Ensure that non-Title X abortion activities are separate and distinct from Title X project activities. Where recipients conduct abortion activities that are not part of the Title X project and would not be permissible if they were, the recipient must ensure that the Title X-supported project is separate and distinguishable from those other activities. What must be looked at is whether the abortion element in a program of family planning services is so large and so intimately related to all aspects of the program as to make it difficult or impossible to separate the eligible and non-eligible items of cost. The Title X project is the set of activities the recipient agreed to perform in the relevant grant documents as a condition of receiving Title X funds. A grant applicant may include both project and non-project activities in its grant application, and, so long as these are properly distinguished from each other and prohibited activities are not reflected in the amount of the total approved budget, no problem is created. Separation of Title X from abortion activities does not require separate recipients or even a separate health facility, but separate bookkeeping entries alone will not satisfy the spirit of the law. Mere technical allocation of funds, attributing federal dollars to non-abortion activities, is not a legally supportable avoidance of section 1008. Certain kinds of shared facilities are permissible, so long as it is possible to distinguish between the Title X supported activities and non-Title X abortion-related activities:

i.    a common waiting room is permissible, as long as the costs properly pro-rated,
ii.    common staff is permissible, so long as salaries are properly allocated, and all abortion related activities of the staff members are performed in a program which is entirely separate from the Title X project,
iii.    a hospital offering abortions for family planning purposes and also housing a Title X project is permissible, as long as the abortion activities are sufficiently separate from the Title X project, and
iv.    maintenance of a single file system for abortion and family planning patients is permissible, so long as costs are properly allocated. (65 Fed. Reg. 41281, 41282 (July 3, 2000)

**Review of Evidence Demonstrating Compliance (F):**
- Review of administrative manuals
- Tour of service sites
- Review of cost allocations
- Review of invoicing
- Review of services being provided

This expectation was **MET.**

**Areas of Improvement and Required Action (F):** N/A

**Technical Assistance:** N/A

*Best Practices Suggestions & Additional Comments: N/A*


**Expectation 5:**

A Title X project may not provide pregnancy options counseling which promotes abortion or encourages persons to obtain abortion, although the project may provide patients with complete factual information about all medical options and the accompanying risks and benefits. While a Title X project may provide a referral for abortion, which may include providing a patient with the name, address, telephone number, and other relevant factual information (such as whether the provider accepts Medicaid, charges, etc.) about an abortion provider, the project may not take further affirmative action (such as negotiating a fee reduction, making an appointment, providing transportation) to secure abortion services for the patient. (65 Fed. Reg. 41281 (July 3, 2000))

**Review of Evidence Demonstrating Compliance (C):**
- Pregnancy Testing Policy
- Staff interview

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

61

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 61 of 63   PageID #: 93

**Technical Assistance:** The reviewer recommended that the Polk-Benton clinic include abortion providers in nearby states (since there are no abortion providers in Tennessee) for those patients requesting this information due to an unintended pregnancy.

***Best Practices Suggestions & Additional Comments:*** *All staff have received training regarding the prohibition of abortion-related activities.*

## Expectation 6:

Where a referral to another provider who might perform an abortion is medically indicated because of the patient's condition or the condition of the fetus (such as where the woman's life would be endangered), such a referral by a Title X project is not prohibited by section 1008 and is required by 42 CFR § 59.5(b)(1). The limitations on referrals do not apply in cases in which a referral is made for medical indications. (65 Fed. Reg. 41281 (July 3, 2000))

**Review of Evidence Demonstrating Compliance (C):**
- Staff interviews
- Pregnancy protocol
- Pregnancy referral list (Hamilton)

This expectation was **MET.**

**Areas of Improvement and Required Action (C):** N/A

**Technical Assistance:** N/A

***Best Practices Suggestions & Additional Comments:*** *The grant recipient is compliant with this expectation.*

62

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 62 of 63   PageID #: 94

# Quality Family Planning Implementation Assessment

This portion of the assessment follows the recommendations detailed in Providing Quality Family Planning Services: Recommendations of CDC and the U.S. Office of Population Affairs (QFP), which focuses on service provision consistent with the best available scientific evidence.

**<u>***Please review the QFP Clinical Assessment Checklist (Supplement Review Tool for Admin and Clinical reviewers) separately submitted.</u>**

63

Tennessee Department of Health - Virtual Program Review (VPR) July 11-15, 2022
Case 3:23-cv-00384-TRM-JEM   Document 1-1   Filed 10/24/23   Page 63 of 63   PageID #: 95