| | |
|---|---|
| **From:** | Crissy Hartsfield <Crissy.Hartsfield@tn.gov> |
| **Sent:** | Monday, February 13, 2023 1:23 PM |
| **To:** | Denise Werner |
| **Subject:** | FW: Program Review Final Report |
| **Attachments:** | Title X VPR Report Cover Letter_TN.pdf; QFP Clinical Assessment Checklist Tennessee.pdf; TN VPR Final Report_10.19.2022.pdf |

**From:** Reed, Tisha (OS/OASH) <Tisha.Reed@hhs.gov>
**Sent:** Wednesday, October 19, 2022 3:45 PM
**To:** Danni Lambert <Danni.Lambert@tn.gov>
**Cc:** Denise Werner <Denise.Werner@tn.gov>; Crissy Hartsfield <Crissy.Hartsfield@tn.gov>; Margolis, Amy (HHS/OASH) <Amy.Margolis@hhs.gov>; Harvey, Alissa (OS/OASH) <Alissa.Harvey@hhs.gov>; Merchant, Shenena (OS/OASH) <Shenena.Merchant@hhs.gov>; Fuller, Robin (HHS/OASH) <Robin.Fuller@hhs.gov>
**Subject:** [EXTERNAL] Program Review Final Report

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Danni,

It is so great to have you back! Please review this report and let me know if you have any questions.

- The Tennessee Department of Health plan for improvement addressing the one finding is due November 18, 2022. Please let me know if a different deadline is required.
- The final report detailing the actions taken from the plan for improvement is due January 17, 2022.

Please upload both items as a grant note in GrantSolutions using grant #FPHPA006553.

One update—the area of improvement was with regard to services to male patients. Please review that section in the report carefully. Let me know if you need any technical assistance.

One other action item, if you remember from the exit interview, Karen was concerned about patient counseling once the new state law was enacted on August 25th. In the end, it was determined that Tennessee Department of Health was compliant and did meet expectations as of the date of the Program Review. That said, please update us on the policy changes in response to enactment of *Tenn. Code Ann. § 39-15-213.*

Congratulations on such a wonderful review and leading a strong Title X program. We appreciate all the work you and your team do every day to provide sexual and reproductive health services to people in Tennessee.

**Tisha Reed, MA**
*Pronouns: she/her*

**Clifton Strengths: Arranger, Strategic, Positivity, Achiever, Relator**
Public Health Analyst
Title X Project Officer
Office of Population Affairs

Need to chat? Click here to schedule.

**Email:** tisha.reed@hhs.gov
**Desk:** (240) 453-6162
https://opa.hhs.gov/

