

February 13, 2023

Tisha Reed, Title X Project Officer
Department of Health and Human Services
Telephone: 240.453.6162
Email: tisha.reed@hhs.gov

Reference: OPA Options counseling referral compliance:

Award #: FPHPA006553-01-00
Budget Period: 04/01/2022 – 03/31/2023
Project Period: 04/01/2022 – 03/31/2027

Dear Ms. Reed,

Thank you for your interest in our Title X services. Attached please find our current policy regarding our nondirective counseling to pregnant patients on the range of available options in Tennessee. We believe we are in compliance with regulatory requirements for the scope of allowable practice under Tennessee law. We appreciate these funds which have allowed us to serve almost 44,000 Tennesseans in fiscal year '22.

Sincerely,

_____          _____
Yoshie Darnall, MSN, APN, ANP-BC, WHNP-BC          Leslie Meehan, MPA, AICP
Family Planning Program Director          Deputy Commissioner for Population Health (I)
Division of Family Health and Wellness
Reproductive and Women's Health

Commissioner's Office • Andrew Johnson Tower, 5th Floor
710 James Robertson Parkway • Nashville, TN  37243
Tel: 615-741-3111 • Fax: 615-741-2491 • tn.gov/agency

Case 3:23-cv-00384-TRM-JEM     Document 1-3     Filed 10/24/23     Page 1 of 4     PageID #: 98

# PREGNANCY TEST CONDUCTED IN A FAMILY PLANNING VISIT

**GENERAL INFORMATION**
Patients requesting/requiring pregnancy tests at the Health Department should be tested on that day and only deferred if unable to accommodate client that day.

**SUBJECTIVE**
- Complete medical history
- Complete sexual history (5Ps)
    - Practices (vaginal, anal, oral)
    - Partners (number, gender and concurrency)
    - Protection (from STDs/condom use)
    - Past STD history (past personal history and partner history if known)
    - Pregnancy prevention – current and previous methods used, client's preference
- Assess for victimization (examples - sexual or physical abuse, human trafficking, intimate partner/ domestic violence)
- Assess social support system
- Reproductive life plan
- Feelings about possible pregnancy
- Date of LMP
    - If postpartum, use delivery date to calculate EDD and EGA for positive tests
- Dates of unprotected sexual intercourse since LMP

**OBJECTIVE**
- Urine pregnancy test

**ASSESSMENT**
- Positive pregnancy test
- Negative pregnancy test

**PLAN**
- Discuss test results clearly and objectively.
- Patients with positive pregnancy test must be offered the opportunity to be provided information and counseling regarding all options that are legal in the State of Tennessee. Provide unbiased, patient centered, trauma-informed counseling for the option(s) selected by the patient.
- STD Testing
    - Positive pregnancy test result:
        - Collect urine GenProbe for chlamydia and gonorrhea
        - Blood sample for RPR, HIV, HCV
    - Negative pregnancy test result
        - Screen for symptoms, offer testing

## Pregnancy test positive

- Calculate estimated gestational age and estimated due date
- Review normal signs/symptoms of pregnancy
- Review warning/danger signs in pregnancy
    - Severe pain
    - Bleeding
    - Dizziness, lightheadedness or syncope
    - Fever
- Provide information about maintaining the health of the mother and unborn child during pregnancy:
    - Importance of early prenatal care – Immediate prenatal care is imperative for patients with a history of pre-term labor
    - Importance of nutrition
    - Provide prenatal vitamins with folic acid
    - Offer appropriate vaccinations
- Stress importance of good dental care during pregnancy and refer if applicable
- Enroll or refer eligible clients to WIC, CHANT, and Presumptive TennCare
    - if patient is not Presumptive TennCare eligible, refer patient to other prenatal care resources and programs
- Advise patient to avoid:
    - Smoking including e-cigarettes and other inhaled nicotine delivery devices.
        - Refer to Baby and Me Tobacco Free Program (BMTFP) if applicable
        - TN Tobacco Quit Line 1-800-QUIT NOW if applicable
    - Alcohol
        - Refer to TN Redline (1-800-889-9789) if applicable
    - Illicit and controlled substance use
        - Refer to TN Redline (1-800-889-9789) if applicable
    - Fish containing high mercury (shark, swordfish, king mackerel, or tilefish)

## Pregnancy test NEGATIVE

**Actively seeking pregnancy**

- Refer to PHN Protocols as needed or desired by patient
    - Preconception Health Services (PHN Protocol 2.105)
    - Fertility Awareness Based Methods (PHN Protocol 2.090)
    - Basic Infertility Counseling (PHN Protocol 2.011)
- Encourage evaluation by PCP or provider

**Not actively seeking pregnancy or not actively preventing pregnancy**

- Provide contraceptive counseling if requested
    - Offer Same Day Start as requested (PHN Protocol 2.010)
    - Offer Same Day Insertion and referral for LARC (if requested and available)
    - Offer ECP or ECP prescription as requested (PHN Protocol 2.080)
- Discuss preconception health, including folic acid (PHN Protocol 2.105, 3.180)

PHN Protocol 2.110 07.01.2022

**REFERENCES**

Gavin L, Moskosky, S., Carter, M. et al. Providing Quality Family Planning Services-Recommendations of CDC and the U.S. Office of Population Affairs, 2014. MMWR Morbidity and Mortality Weekly Report 2014;63 (No. RR-04).

Gavin L, Pazol K. Update: Providing Quality Family Planning Services-Recommendations from CDC and the U.S. Office of Population Affairs, 2015. MMWR Morbidity and Mortality Weekly Report 2016;65:231–234.

Gavin L, Pazol K. Update: Providing Quality Family Planning Services-Recommendations from CDC and the U.S. Office of Population Affairs, 2017. MMWR Morbidity and Mortality Weekly Report 2017;66:1383-1385.

https://www.cdc.gov/zika/hc-providers/reproductive-age/reproductive-planning.html

https://www.cdc.gov/zika/hc-providers/reproductive-age/exposure-testing-risks.html

This protocol has been approved by _Jill C. Obremskey, MD, MMHC, FAAP_, CHS Medical Director on _July 1, 2022_.