

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**　　　Office of the Secretary

Office of the Assistant Secretary for Health
Office of Population Affairs
Washington, D.C. 20201

January 25, 2023

To all Title X Services Grantee Project Directors:

The Office of Population Affairs (OPA) is conducting a review of all Title X service grants to ensure compliance with the requirements for nondirective options counseling and referral, as stated in the 2021 Title X implementing regulations at 42 CFR § 59.5(a)(5).

In the past, OPA has exercised enforcement discretion in appropriate circumstances. OPA does not intend to bring enforcement actions against Title X recipients that are making, and continue to make, good-faith efforts to comply with the 2021 Final Rule. OPA is committed to working with grantees to assist them in coming into compliance with the requirements of the 2021 Final Rule.

As part of those good-faith efforts to demonstrate compliance with the requirements for nondirective options counseling and referral set out in the 2021 Title X implementing regulations at 42 CFR § 59.5(a)(5), all Title X services grantees must submit:

- A copy of the grantee's current policy(ies) and any other supporting documentation (e.g., procedures, subrecipient contract language) for providing nondirective options counseling and referrals within its Title X project. The policy(ies) and supporting documentation must be submitted as a Grant Note in GrantSolutions. If there are any questions or concerns about a grantee's policy(ies) and any other supporting documentation, the OPA project officer will notify the grantee within 2 weeks.

- A written statement, signed by the Project Director and Authorized Official, stating that the grant project is in compliance with the 2021 Title X Final Rule, including the requirements for providing nondirective options counseling and referrals within its Title X project, as required by the 2021 Title X implementing regulations at 42 CFR § 59.5(a)(5). The written statement must be submitted as a Grant Note in GrantSolutions.

**You have until February 6, 2023, to provide the information outlined above to OPA as a Grant Note in GrantSolutions.**

Your failure to provide the requested information and to show that you are in compliance with the 2021 Title X regulatory requirements at 42 CFR § 59.5(a)(5), may result in a determination that you are in material noncompliance with the terms and conditions of your award. If you are found to be out of compliance with the regulatory requirements of your grant, your award can be placed on cash restriction or can be suspended or terminated pursuant to 45 CFR § 75.372(a)(1). You also have the option to voluntarily relinquish your grant if you so choose.

If you have questions, please contact your OPA Project Officer or your GAM Grants Management Specialist.

Very respectfully,

*[signature: Jessica S. Marcella]*

Jessica Swafford Marcella Scott Moore
Deputy Assistant Secretary for Population Affairs Chief Grants Management Officer
U.S. Department of Health and Human Services U.S. Department of Health and Human Services
Office of the Assistant Secretary for Health Office of the Assistant Secretary for Health
Office of Population Affairs Grants and Acquisitions Management

U.S. Public Health Service