

March 13, 2023

Tisha Reed, Title X Project Officer
Department of Health and Human Services
Telephone: 240.453.6162
Email: tisha.reed@hhs.gov

Reference: OPA Options counseling referral compliance:

Award #: FPHPA006553-01-00
Budget Period: 04/01/2022 – 03/31/2023
Project Period: 04/01/2022 – 03/31/2027

Dear Ms. Reed,

Thank you for your letter dated March 1, 2023. As you know, the 2021 Rule requires referral/information for "Pregnancy termination." 42 C.F.R. § 59.5(a)(5). Pursuant to Tennessee law, Title X subgrantees' physicians can comply with this requirement by referring patients for "terminat[ing] the pregnancy of a woman known to be pregnant" when the termination is with intent "to increase the probability of a live birth, to preserve the life or health of the child after live birth, or to remove a dead fetus." Tenn. Code Ann. § 39-15-213(a)(1) (excluding such procedures from the definition of abortion). For these reasons, we do not construe the phrase "pregnancy termination" to include every possible method of "pregnancy termination," such as abortion. Under the regulation's broad and undefined language, Tennessee's nondirective policy appears to be in compliance with Title X given the standard of care in Tennessee.

Sincerely,

_____  _____
Ralph Alvarado, MD, FACP  Yoshie Darnall, MSN, APN, ANP-BC, WHNP-BC
Health Commissioner  Family Planning Program Director
 Division of Family Health and Wellness
 Reproductive and Women's Health

Commissioner's Office • Andrew Johnson Tower, 5th Floor
710 James Robertson Parkway • Nashville, TN  37243
Tel: 615-741-3111 • Fax: 615-741-2491 • tn.gov/agency
Case 3:23-cv-00384-TRM-JEM     Document 1-10     Filed 10/24/23     Page 1 of 1
PageID #: 192