DEPARTMENT OF HEALTH AND HUMAN SERVICES
Office of the Secretary

Notice of Award
Award# 6 FPHPA006553-01-03
FAIN# FPHPA006553
Federal Award Date: 03/31/2023

## Recipient Information

**1. Recipient Name**
TENNESSEE DEPARTMENT OF HEALTH
710 James Robertson Pkwy 64 Andrew Johnson Tower
Family Health and Wellness
Nashville, TN 37243-0001
[NO DATA]

**2. Congressional District of Recipient**
00

**3. Payment System Identifier (ID)**
1626001445A1

**4. Employer Identification Number (EIN)**
626001445

**5. Data Universal Numbering System (DUNS)**
172636268

**6. Recipient's Unique Entity Identifier (UEI)**
EA5JN3P55GR1

**7. Project Director or Principal Investigator**
Yoshie Darnall
yoshie.darnall@tn.gov
615-770-1177

**8. Authorized Official**
Dr. Ralph Alvarado
Commissioner, Tennessee Department of Health
Ralph.Alvarado@tn.gov
615-741-2974

### Federal Agency Information
OASH Grants and Acquisitions Management Division

**9. Awarding Agency Contact Information**
Miss Robin Fuller
Senior Grants Management Specialist
robin.fuller@hhs.gov
240-453-8830

**10. Program Official Contact Information**
Haley Johnston
Adolescent Pregnancy Prevention Specialist
haley.johnston@hhs.gov
202-205-2373

## Federal Award Information

**11. Award Number**
6 FPHPA006553-01-03

**12. Unique Federal Award Identification Number (FAIN)**
FPHPA006553

**13. Statutory Authority**
Title X of the Public Health Service Act, Section 1001 (42 U.S.C. § 300)

**14. Federal Award Project Title**
Title X Family Planning Services

**15. Assistance Listing Number**
93.217

**16. Assistance Listing Program Title**
Family Planning Services

**17. Award Action Type**
Change in Scope with or without Budget Revision

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 04/01/2022 - End Date 03/31/2023 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21. Authorized Carryover** | $0.00 |
| **22. Offset** | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $7,108,750.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $11,519,213.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $18,627,963.00 |
| **26. Period of Performance Start Date** 04/01/2022 - End Date 03/31/2023 | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** | $18,627,963.00 |

**28. Authorized Treatment of Program Income**
OTHER (See REMARKS)

**29. Grants Management Officer – Signature**
Dr. Scott Moore
OASH Grants Management Officer

## 30. Remarks

See Remarks (continuation)

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Office of the Secretary

Notice of Award

Award# 6 FPHPA006553-01-03
FAIN# FPHPA006553
Federal Award Date: 03/31/2023

## Recipient Information

**Recipient Name**
TENNESSEE DEPARTMENT OF HEALTH
710 James Robertson Pkwy 64 Andrew Johnson Tower
Family Health and Wellness
Nashville, TN 37243-0001
[NO DATA]

**Congressional District of Recipient**
00

**Payment Account Number and Type**
1626001445A1

**Employer Identification Number (EIN) Data**
626001445

**Universal Numbering System (DUNS)**
172636268

**Recipient's Unique Entity Identifier (UEI)**
EA5JN3P55GR1

**31. Assistance Type**
Project Grant

**32. Type of Award**
Service

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | Salaries and Wages | $5,879,692.00 |
| b. | Fringe Benefits | $2,645,861.00 |
| | c. Total Personnel Costs | $8,525,553.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $2,284,300.00 |
| f. | Travel | $152,000.00 |
| g. | Construction | $0.00 |
| h. | Other | $1,714,500.00 |
| i. | Contractual | $5,701,610.00 |
| j. | **TOTAL DIRECT COSTS** | **$18,377,963.00** |
| k. | **INDIRECT COSTS** | **$250,000.00** |
| l. | **TOTAL APPROVED BUDGET** | **$18,627,963.00** |
| m. | Federal Share | $7,108,750.00 |
| n. | Non-Federal Share | $11,519,213.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 2-3984521 | FPHPA6553A | FPH70 | 41.51 | 93.217 | $0.00 | 75-22-0359 |

| Remarks (Continuation) |
| --- |

"[C]ontinuation awards require a determination by HHS that continued funding is in the best interest of the government" (42 C.F.R. § 59.8(b)).  OPA has determined that Tennessee is not in compliance with the Title X regulation and based on that determination has concluded that continued funding is not in the best interest of the government. The project period end date has been changed to March 31, 2023, to coincide with the end of the current budget period.

This action also approves of the change in scope to remove ETSU as a service site effective February 15, 2023.

| 35. Terms And Conditions |
|---|

## SPECIAL TERMS AND REQUIREMENTS

1. **Prior Terms, Conditions, and Requirements.** Unless specifically removed, all prior terms, conditions, and requirements under this award remain in effect.

## REPORTING REQUIREMENTS

1. **Closeout Requirements.** Once the project period has ended you are required to submit a Final Program Progress report, the SF-425 using the Department of Health and Human Services (HHS) Payment Management System and the SF-428 Tangible Personal Property report and/or Disposition report **within 120 calendar days after the project and final budget period end date**. Failure to submit these required reports when due may result in the imposition of a special award condition or the withholding of support for other active or future projects or activities involving your organization.

    A. The Final Program Progress Report:

    Your report must address content required by 45 CFR § 75.342(b)(2). Additional guidance on content of the progress report may be provided by the Program Office. Submit your report via the Performance Project Report Module in GrantSolutions.

    B. SF-425 Final Federal Financial Report:

    Submit your Final FFR using the Department of Health and Human Services (HHS) Payment Management System. SF-425 submissions through Grant Solutions will no longer be accepted for OASH awards. Electronic Submissions are accepted only via the HHS Payment Management System – No other submission methods will be accepted without prior written approval from the GMO. You must be assigned to the grant with authorized access to the FFR reporting Module when submitting. If you encounter any difficulties, contact the HHS Payment Management System Help Desk or your assigned Grants Management Specialist. Please reference the CONTACTS section of NoA Terms and Conditions to locate the name of your assigned Grants Management Specialist.

    C. SF-428 and SF-428-B Tangible Personal Property report and/or Disposition reports:

    Submit reports via attachment to the Grant Notes section within GrantSolutions. You may find the forms SF 428 on the Web at: https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

    Additional instructions for completing all reports will be provided in the Pre-closeout letter from the Grants & Acquisitions Management Division.