| | |
|---|---|
| **From:** | Reed, Tisha (OS/OASH) |
| **To:** | Yoshie Darnall |
| **Cc:** | Marcella, Jessica (HHS/OASH); Margolis, Amy (HHS/OASH); Johnston, Haley (HHS/OASH/OPA); Moore, Scott (HHS/OASH); Barlow, Duane (HHS/OASH); Fuller, Robin (HHS/OASH) |
| **Subject:** | [EXTERNAL] RE: Question |
| **Date:** | Tuesday, April 4, 2023 2:32:47 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Yoshie,

I am not sure that there is an appeals process, I will note that p. 39, Part G *Application Review Information,* Section 4 *Final Award Decisions, Anticipated Announcement, and Federal Award Dates* of the original Notice of Funding Opportunity, Opportunity Number: PA-FPH-22-001, the last sentence of the first paragraph states: *Upon completion of risk analysis and concurrence of the Grants Management Officer, OASH will issue Notices of Award. No award decision is final until a Notice of Award is issued. All award decisions, including the level of funding if an award is made, are final and ==you may not appeal==.*

I am copying the Program staff and Grants and Acquisitions Staff connected with the grant for Tennessee FPHPA006553 so that next steps, if any, can be shared.


Need to chat? Click here to schedule.

## Tisha Reed (she)
**Public Health Analyst, Title X Project Officer**
**Office of Population Affairs**

**Clifton Strengths: Arranger, Strategic, Positivity, Achiever, Relator**

**Email:** tisha.reed@hhs.gov
**Desk:** (240) 453-6162
www.opa.hhs.gov

**OASH | Office of the Assistant Secretary for Health**

**From:** Yoshie Darnall <Yoshie.Darnall@tn.gov>
**Sent:** Tuesday, April 4, 2023 1:19 PM
**To:** Reed, Tisha (OS/OASH) <Tisha.Reed@hhs.gov>
**Subject:** Question

Tisha,

If we disagree with the termination of our award, do you know which board we would appeal to? And which regs govern that appeal?

Thank you,

~Yoshie




**Yoshie Darnall, MSN, APN, ANP-BC, WHNP-BC** | Family Planning Program Director
Division of Family Health and Wellness
Reproductive and Women's Health

Andrew Johnson Tower, 8th Floor

710 James Robertson Pkwy., Nashville, TN 37243

(629) 230-8593

yoshie.darnall@tn.gov
tn.gov/health

Connect with TDH on Facebook and Twitter @TNDeptofHealth!
*Our Mission – Protect, promote, and improve the health and prosperity of people in Tennessee*
*Our Vision – Healthy People, Healthy Communities, Healthy Tennessee*