DEPARTMENT OF HEALTH AND HUMAN
SERVICES DEPARTMENTAL APPEALS BOARD
Appellate Division

| In the Case of: | ) | |
| --- | --- | --- |
| | ) | |
| Tennessee Department of Health, | ) | |
| | ) | Date: May 25, 2023 |
| Appellant, | ) | Docket No. A-23-38 |
| | ) | |
| v. | ) | |
| | ) | |
| Office of Population Affairs (OPA), | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Response to Request for Agency Opinion on Jurisdiction

The Tennessee Department of Health agrees with the analysis of the Office of Population Affairs regarding this Board's lack of jurisdiction at this time. Considering that, Appellant respectfully requests that the Board hold this case in abeyance pending the outcome of the appeal before the OPA.

Respectfully submitted,

/s/ *Trenton Meriwether*
Trenton M. Meriwether (TN BPR #38577)
Assistant Attorney General
Matthew Dykstra (TN BPR #38237)
Assistant Attorney General
Office of Tennessee Attorney General
Healthcare Division
P.O. Box 20207
Nashville, Tennessee 37202

1

# CERTIFICATE OF SERVICE

       This is to certify that on this 25th day of May 2023, this Response to Request for Agency Opinion on Jurisdiction was served on:

| | |
|---|---|
| Jeffrey Sacks<br>Board Member<br>Departmental Appeals Board<br>Civil Remedies Division<br>330 Independence Avenue, SW<br>Cohen Building, Room G-644<br>Washington, DC 20201 | (Served via DAB e-file) |
| Mark McGinnis<br>Office of the General Counsel,<br>Department of Health and Human Services<br>701 Fifth Avenue, Suite 1600, MS/10<br>Seattle, WA 98104<br>Tel.: 202-963-8873<br>Mark.McGinnis@hhs.gov | (Served via DAB e-file) |

                                                          /s/ *Trenton Meriwether*
                                                        Trenton Meriwether