| From: | Moore, Scott (HHS/OASH) |
|---|---|
| To: | Yoshie Darnall |
| Cc: | Reed, Tisha (OS/OASH) |
| Subject: | [EXTERNAL] RE: Federal Awardee Performance and Integrity Information System |
| Date: | Tuesday, May 30, 2023 2:07:51 PM |
| Attachments: | image002.png |
| | image003.png |
| | image004.png |

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Ms Darnall-

At this time, we do not intend to report any concerns regarding the award to the Federal Awardee Performance and Integrity Information System (FAPIIS). However, Tennessee Department of Health must still meet its closeout requirements as described in the award terms and conditions in a timely manner. Failure to comply with the closeout provision is reportable to FAPIIS.

Please let me know if you have any additional questions.

Scott

## Scott J. Moore, Ph.D., J.D.

Director/Chief Grants Management Officer
Grants and Acquisitions Management Division

**Email:** scott.moore@hhs.gov
**Desk:** (240) 453-8822
OASH_Grants@hhs.gov
www.hhs.gov/ash



**From:** Yoshie Darnall <Yoshie.Darnall@tn.gov>
**Sent:** Monday, May 15, 2023 9:06 PM
**To:** Moore, Scott (HHS/OASH) <Scott.Moore@hhs.gov>
**Cc:** Reed, Tisha (OS/OASH) <Tisha.Reed@hhs.gov>
**Subject:** Federal Awardee Performance and Integrity Information System

Dr. Moore,

I was wondering if you have, or plan to report the Tennessee Department of Health Family Planning

Program to the Federal Awardee Performance and Integrity Information System as mentioned in your letter dated March 1, 2023.

Thank you,

~Yoshie



**Yoshie Darnall, MSN, APN, ANP-BC, WHNP-BC** | Family Planning Program Director
Division of Family Health and Wellness
Reproductive and Women's Health

Andrew Johnson Tower, 8th Floor

710 James Robertson Pkwy., Nashville, TN 37243

(629) 230-8593

yoshie.darnall@tn.gov
tn.gov/health

Connect with TDH on Facebook and Twitter @TNDeptofHealth!
*Our Mission – Protect, promote, and improve the health and prosperity of people in Tennessee*
*Our Vision – Healthy People, Healthy Communities, Healthy Tennessee*