IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| XAVIER BECERRA, in his official | ) | |
| capacity as Secretary of Health and Human | ) | |
| Services; U.S. DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES; | ) | |
| JESSICA S. MARCELLA, in her official | ) | |
| capacity as Deputy Assistant Secretary for | ) | |
| Population Affairs; and OFFICE OF | ) | |
| POPULATION AFFAIRS, | ) | |
| | ) | |
| *Defendants*. | ) | |

## DECLARATION OF VALERIE OLIVER

I, Valerie Oliver, MBA, CPA state as follows:

1. My name is Valerie Oliver, and I am over the age of 18, of sound mind, and competent to make the statements contained within this declaration.

2. I obtained a Bachelor of Science from David Lipscomb and a Masters of Business Administration from Tennessee State University.

3. I am currently an Assistant Commissioner at the Tennessee Department of Health and I have served in that role since January 7, 2018.

4. Prior to serving in that role, I served as the Department Controller for the Tennessee Department of Health.

5. The attached spreadsheet depicts all federal grants Tennessee's Department of Health currently is approved for and receives or will soon begin to receive. To the best of my knowledge, the Department intends to keep applying for all of these federal grants in each successive grant cycle, presuming their availability.

1

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 17th day of October 2023.

/s/ Valerie Oliver
Valerie Oliver, MBA, CPA

.

2

Attachment A

| Existing and Continuing Grants | | |
|---|---|---|
| **Award Description** | **Award Begin Date** | **Total** |
| Hospital Preparedness Program (HPP) Cooperative Agreement | 7/1/2019 | 2,147,389.00 |
| Immunization And Vaccines For Children | 7/1/2019 | 2,438,744.00 |
| Epidemiology And Laboratory Capacity For Infectious Diseases (ELC) - Cares Grant | 8/1/2019 | 11,198,104.00 |
| Emerging Infections Programs | 1/20/2020 | 2,690,000.00 |
| Epidemiology And Laboratory Capacity For Infectious Diseases (ELC) | 1/20/2020 | 157,157,237.00 |
| Public Health Crisis Response Activities Covid | 3/16/2020 | 14,345,196.00 |
| Immunization And Vaccines For Children | 7/1/2020 | 134,351,640.00 |
| Epidemiology And Laboratory Capacity For Infectious Diseases (ELC) | 8/1/2020 | 605,544,617.00 |
| Epidemiology And Laboratory Capacity For Infectious Diseases (ELC) - Cares Grant | 8/1/2020 | 163,343.00 |
| Harold Rogers Prescription Drug Monitoring Program | 10/1/2020 | 2,000,000.00 |
| Wic Breastfeeding Peer Counseling (BFPC) | 10/1/2020 | 1,623,063.00 |
| Emerging Infections Programs | 1/1/2021 | 21,183,031.00 |
| American Rescue Plan Act Funding For Health Centers - Gibson County | 4/1/2021 | 1,052,500.00 |
| American Rescue Plan Act Funding For Health Centers - Stewart County | 4/1/2021 | 844,250.00 |
| American Rescue Plan Act Funding For Health Centers - Upper Cumberland | 4/1/2021 | 6,523,000.00 |
| American Rescue Plan Act Funding - Maternal, Infant And Early Childhood Homevisiting Grant Program | 5/1/2021 | 1,143,884.00 |
| The Tennessee Covid-19 Health Disparities Initiative | 6/1/2021 | 38,830,892.00 |
| Housing Opportunities For Persons With Aids (HOPWA) Program | 7/1/2021 | 1,776,340.00 |
| Ship Covid Testing And Mitigation | 7/1/2021 | 5,425,896.00 |

| Program | Date | Amount |
|---|---|---|
| State Wide Public Health Emergency Preparedness & Response Activities | 7/1/2021 | 40,941,205.00 |
| Epidemiology And Laboratory Capacity For Infectious Diseases (ELC) | 8/1/2021 | 45,150,167.00 |
| Overdose Data To Action | 9/1/2021 | 16,383,192.22 |
| Health Center Infrastructure Support | 9/15/2021 | 776,760.00 |
| Maternal, Infant And Early Childhood Homevisiting Grant Program | 9/30/2021 | 9,929,648.00 |
| Maternal And Child Health Services Block Grant To The States | 10/1/2021 | 12,074,414.00 |
| Preventive Block Grant | 10/1/2021 | 2,511,471.00 |
| Sexual Risk Avoidance Education (SRAE) | 10/1/2021 | 1,437,692.00 |
| Wic Breastfeeding Peer Counseling (BFPC) | 10/1/2021 | 1,714,101.00 |
| American Rescue Plan Act Funding For Health Centers - Home Visiting | 12/1/2021 | 2,308,036.00 |
| Tn Integrated Hiv Surveillance And Prevention Programs For Health Departments | 1/1/2022 | 12,420,872.00 |
| Maternal, Infant, And Early Childhood Home Visiting Program | 4/1/2022 | 2,000,000.00 |
| Tbi Workforce Development Grant | 4/1/2022 | 86,400.00 |
| Health Center Program | 6/1/2022 | 689,920.00 |
| Small Rural Hospital Improvement Grant Program | 6/1/2022 | 247,209.00 |
| Cancer Prevention & Control Programs | 6/30/2022 | 4,925,726.00 |
| Tn Diabetes Heart Disease And Stroke Prevention And Management | 6/30/2022 | 2,273,138.00 |
| Early Hearing Detection And Intervention Information System (EHDI-IS) Surveillance Program | 7/1/2022 | 160,000.00 |
| Grants To States For Operation Of Offices Of Rural Health | 7/1/2022 | 223,410.00 |
| Hospital Preparedness Program (HPP) Cooperative Agreement | 7/1/2022 | 4,425,236.36 |
| Housing Opportunities For Persons With Aids (HOPWA) Program | 7/1/2022 | 1,982,098.00 |

| Program | Date | Amount |
|---|---|---|
| Immunization And Vaccines For Children | 7/1/2022 | 9,583,891.00 |
| State Wide Public Health Emergency Preparedness & Response Activities | 7/1/2022 | 16,930,514.19 |
| Tennessee Occupational Health And Safety Surveillance Program | 7/1/2022 | 150,000.00 |
| Traumatic Brain Injury State Partnership Program Grant | 8/1/2022 | 200,179.00 |
| Behavioral Risk Factor Surveillance System | 8/1/2022 | 430,063.00 |
| Core State Violence And Injury Prevention Program (CORE SVIPP) | 8/1/2022 | 400,000.00 |
| Epidemiology And Laboratory Capacity For Infectious Diseases (ELC) | 8/1/2022 | 9,121,792.00 |
| Integrated Hiv Programs For Health Departments To Support Ending The Epidemic In The United States | 8/1/2022 | 5,415,650.76 |
| Modernizing Environmental Public Health Tracking To Advance Environmental Health Surveillance | 8/1/2022 | 460,710.00 |
| Loan Repayment Grant | 9/1/2022 | 1,000,000.00 |
| Comprehensive Suicide Prevention | 9/1/2022 | 883,000.00 |
| Narms Cooperative Agreement Program To Strengthen Antibiotic Resistance Surveillance In Retail Food Specimens | 9/1/2022 | 208,677.17 |
| State Rural Health Flexibility Program | 9/1/2022 | 587,472.00 |
| Strengthening Environmental Health Capacity (EHC) To Detect, Prevent, And Control Environmental Health Hazards Through Data-Driven, Evidence-Based Approaches | 9/1/2022 | 170,779.00 |
| Tennessee Using The National Violent Death Reporting System | 9/1/2022 | 363,681.00 |
| Women Infants & Children Wic Infrastructure - Participation Survey | 9/26/2022 | 350,000.00 |
| Preventing Maternal Death: Supporting Maternal Mortality Review Committees | 9/30/2022 | 450,000.00 |

Attachment A

| Program | Date | Amount |
|---|---|---|
| American Rescue Plan Act Funding For Health Centers - Pediatric Mental Health Care | 9/30/2022 | 745,000.00 |
| Bold Public Health Programs To Address Alzheimer'S Disease And Related Dementias | 9/30/2022 | 303,454.00 |
| Environmental Health Specialist Network (EHS-Net) - Practice Based Research To Improve Food Safety | 9/30/2022 | 282,138.64 |
| Hildhood Lead Poisoning | 9/30/2022 | 350,000.00 |
| Maternal, Infant And Early Childhood Homevisiting Grant Program | 9/30/2022 | 9,867,744.00 |
| Partnership Programs To Reduce Maternal Deaths Due To Violence | 9/30/2022 | 379,682.00 |
| Ryan White Part B Supplemental | 9/30/2022 | 922,785.00 |
| State Maternal Health Innovation Program | 9/30/2022 | 1,000,000.00 |
| Sudden Death In The Young Registry | 9/30/2022 | 212,281.00 |
| Farmer'S Mkt Nut Food | 10/1/2022 | 153,225.00 |
| Harold Rogers Prescription Drug Monitoring Program | 10/1/2022 | 1,400,000.00 |
| Maternal And Child Health Services Block Grant To The States | 10/1/2022 | 9,468,305.00 |
| Senior Farmers' Market Nutrition Program (SFMNP) | 10/1/2022 | 338,623.00 |
| Wic Breastfeeding Peer Counseling (BFPC) | 10/1/2022 | 1,701,258.00 |
| Women Infants & Children Wic Administration | 10/1/2022 | 50,180,897.00 |
| Women Infants & Children Wic Administration - Commodity Assistance Program | 10/1/2022 | 899,745.00 |
| Women Infants & Children Wic Food Costs | 10/1/2022 | 68,095,114.00 |
| Tennessee Public Health Infrastructure | 12/1/2022 | 49,323,070.00 |
| State Systems Development Initiative (SSDI) | 12/1/2022 | 100,000.00 |
| Public Health Crisis Response Activities Monkeypox | 12/16/2022 | 1,049,826.00 |
| Tuberculosis Control Prog | 1/1/2023 | 1,540,390.08 |

| Program | Date | Amount |
|---|---|---|
| Strengthening Std [Revention And Control For Health Departments (STD PCHD) | 1/1/2023 | 1,818,678.00 |
| To Implement And Offer Anonymous Hiv Testing Within Memphis Msa | 1/1/2023 | 435,793.00 |
| Rape Prevention Educ | 2/1/2023 | 734,550.00 |
| Strengthening Std [Revention And Control For Health Departments (STD PCHD) | 2/1/2023 | 3,832,183.00 |
| Senior Farmers' Market Nutrition Program (SFMNP) | 2/2/2023 | 455,437.00 |
| Adap Shortfall Relief | 4/1/2023 | 6,381,443.00 |
| Atsdr'S Partnership To Promote Local Efforts To Reduce Environmental Exposure | 4/1/2023 | 573,019.00 |
| Newborn Hearing Screening | 4/1/2023 | 235,000.00 |
| Primary Care Offices | 4/1/2023 | 192,606.00 |
| Ryan White Care Act Title Ii | 4/1/2023 | 19,632,229.00 |
| Stewart Co Primary Care | 4/1/2023 | 1,101,042.00 |
| Upper Cumberland Rhi | 4/1/2023 | 2,990,253.00 |
| Tobacco Control Programs | 4/29/2023 | 1,664,198.00 |
| Adult Viral Hepatitis Surveillance | 5/1/2023 | 340,000.00 |
| Advancing Surveillance For The Tennessee Birth Defects Surveillance System | 5/1/2023 | 350,000.00 |
| Tennessee Pregnancy Risk Assessment Monitoring System (PRAMS) | 5/1/2023 | 165,849.00 |
| Health Center Program | 6/1/2023 | 689,920.00 |
| Small Rural Hospital Improvement Grant Program | 6/1/2023 | 332,800.00 |
| **Grand Total** | | **1,460,044,768.42** |