UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

State of Tennessee

    Plaintiff,

v.

Xavier Becerra, et al.

    Defendant.

Case No. 3:23-cv-00384

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for the State of Tennessee,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

☐ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

☐ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☑ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/23/2003

(Signature–hand signed)

Name: Matthew P. Dykstra
Firm: Office of the Tennessee Attorney General
Address:
    P.O. Box 20207 Nashville, Tennessee 37202

Email address: matthew.dykstra@ag.tn.gov

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.