UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

State of Tennessee

    Plaintiff,

v.

                                         Case No. 3:23-cv-00384

Xavier Becerra, et al.

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for **Tennessee** moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**Tennessee, District of Columbia, Virginia**

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/23/23

*(Signature–hand signed)*

Name: Whitney D. Hermandorfer

Firm: Tennessee Office of the Attorney General & Reporter

Address:

    P.O. Box 20207, Nashville, TN 37202

Email address: Whitney.Hermandorfer@ag.tn.gov

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**Whitney Downs Hermandorfer**

was duly admitted to practice in said Court on

**09/11/2023**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on   October 20, 2023   .

LYNDA M. HILL, CLERK OF COURT

By: _____
Deputy Clerk