**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-384 |
| | ) | |
| XAVIER BECERRA, in his official | ) | |
| capacity as Secretary of Health and Human | ) | |
| Services; U.S. DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES; | ) | |
| JESSICA S. MARCELLA, in her official | ) | |
| capacity as Deputy Assistant Secretary for | ) | |
| Population Affairs; and OFFICE OF | ) | |
| POPULATION AFFAIRS, | ) | |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF FILING PROOF OF SERVICE

Please take notice that Plaintiff submits the attached proof of service pursuant to Fed. R.

Civ. P. (4)(l).

Respectfully submitted,

/s/ Trenton Meriwether
TRENTON MERIWETHER (BPR# 038577)
MATTHEW P. DYKSTRA (BPR# 038237)
Assistant Attorneys General
WHITNEY HERMANDORFER (BPR# 041054)
Director of Strategic Litigation and Assistant Solicitor General
P.O. Box 20207
Nashville, Tennessee 37202
615-253-3211
Trenton.Meriwether@ag.tn.gov

*Counsel for Plaintiff*

1

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, a true and exact copy of the foregoing documents were delivered by certified mail to the parties identified below:

Xavier Becerra
Secretary of U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

Jessica S. Marcella
Deputy Assistant Secretary for the Office of Population Affairs
U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

Office of Population Affairs
U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

/s/ Trenton Meriwether
TRENTON MERIWETHER

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| State of Tennessee | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:23cv384 |
| | ) | |
| Xavier Becerra, in his official capacity as Secretary of Health and Human Services, et al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Health and Human Services
Attn: Francis M. Hamilton III, United States Attorney
for the Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, TN 37902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Office of the Tennessee Attorney General
Whitney Hermandorfer, Assistant Solicitor General
Trenton Meriwether, Assistant Attorney General
Matthew P. Dykstra, Senior Assistant Attorney Geneal
P.O. Box 20207
Nashville, Tennessee 37202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/24/2023

Signature of Clerk or Deputy Clerk

Civil Action No.   3:23cv384

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  <u>U.S. Dept. of Health and Human Services Attn: Francis M. Hamilton, III,</u>
was received by me on *(date)*  <u>10/30/2023</u>                  <u>United States Attorney for the Eastern District of Ten.</u>

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*          Heather Hesson, Budget Officer
                                                           800 Market Street, Suite 211, Knoxville, TN 37902                    , who is
designated by law to accept service of process on behalf of *(name of organization)*
<u>U.S. Dept. of Health and Human Services Attn: Francis M. Hamilton, III</u> *(date)* <u>10/31/2023 1:57 PM</u> ; or
<u>United States Attorney for the Eastern District of Ten.</u>
☐ I returned the summons unexecuted because _____ ; or

Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date:  <u>10/31/2023</u>                    _____
                                                       *Server's signature*

                                                       Jason Word, Process Server
                                                       *Printed name and title*

67987                                            128 South Locust Street, Versailles, KY 40383
                                                       *Server's address*

Additional information regarding attempted service, etc:
Heather Hesson Gender: Female       Race/Skin: Caucasian   Age: 50 yrs. old       Weight: 130 lb   Height:
5'5"    Hair: Light Brown        Glasses: No    Other:

Documents Served: Summons in a Civil Action, Complaint for Injunctive and Declaratory Relief, Exhibits,
Acknowledgment of Notice of Appeal and Request for Agency Opinion of Jurisdiction, Response to Request for
Agency for agency Opinion on Jurisdiction, Declaration of Valerie Oliver, Attachment A

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| State of Tennessee ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 3:23cv384 |
| ) | |
| Xavier Becerra, in his official capacity as Secretary of ) | |
| Health and Human Services, et al. ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Office of Population Affairs
Attn: Francis M. Hamilton III, United States Attorney
for the Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, TN 37902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Office of the Tennessee Attorney General
Whitney Hermandorfer, Assistant Solicitor General
Trenton Meriwether, Assistant Attorney General
Matthew P. Dykstra, Senior Assistant Attorney Geneal
P.O. Box 20207
Nashville, Tennessee 37202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/24/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23cv384

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Office of Population Affairs Attn: Francis M. Hamilton III, United
was received by me on *(date)*  10/30/2023  States Attorney for the Eastern District of Tennessee

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Heather Hesson, Budget Officer
800 Market Street, Suite 211, Knoxville, TN 37902 _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

Office of Population Affairs Attn: Francis M. Hamilton III, United   on *(date)*  10/31/2023  1:57 PM  ; or
States Attorney for the Eastern District of Tennessee

☐ I returned the summons unexecuted because _____ ; or

Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  10/31/2023 _____

_____
*Server's signature*

Jason Word, Process Server
*Printed name and title*

128 South Locust Street, Versailles, KY 40383
*Server's address*

67988

Additional information regarding attempted service, etc:
Heather Hesson Gender: Female    Race/Skin: Caucasian   Age: 50 yrs. old    Weight: 130 lb   Height:
5'5"    Hair: Light Brown    Glasses: No   Other:

Documents Served: Summons in a Civil Action, Complaint for Injunctive and Declaratory Relief, Exhibits,
Acknowledgment of Notice of Appeal and Request for Agency Opinion of Jurisdiction, Response to Request for
Agency for agency Opinion on Jurisdiction, Declaration of Valerie Oliver, Attachment A