# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00384-TRM-JEM ) ) |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that R. Charlie Merritt, Trial Attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendants in this action.

Dated: November 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ R Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar # 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*