# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | Case No. 3:23-cv-384 |
| *Plaintiff,* | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Jill E. McCook |
| UNITED STATES DEPARTMENT OF | ) | |
| HEATLH AND HUMAN SERVICES, | ) | |
| XAVIER BECERRA, in his official | ) | |
| capacity, and OFFICE OF POPULATION | ) | |
| AFFAIRS, JESSICA MARCELLA, in her | ) | |
| official capacity, | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER

Before the Court is Plaintiff the State of Tennessee's motion for an order setting a briefing schedule (Doc. 16). Plaintiff puts forward two options on how to proceed that it believes will allow the Court to make a timely decision in this matter: (1) Plaintiff can move for a preliminary injunction and then separately move for summary judgment at a later date or (2) Plaintiff can move for a preliminary injunction and summary judgment in a single consolidated motion. (*Id.* at 3–4.) The parties have jointly agreed to a briefing schedule for the first option but not the second option. (*Id.*) The Court finds that it would be most efficient for Plaintiff to file a standalone motion for a preliminary injunction. Accordingly, proceeding under the briefing schedule the parties have agreed upon:

1. Plaintiff **SHALL** file a Motion for a Preliminary Injunction on or before **December 1, 2023**.

2. Defendants **SHALL** file their Opposition to Plaintiff's Motion for a Preliminary Injunction on or before **January 16, 2024**.

3. Plaintiff **SHALL** file a Reply in Support of its Motion for a Preliminary injunction on or before **January 23, 2024**.

(*Id.* at 4.) The Court will address any dispositive motions at a later date. Accordingly, parties are hereby **ORDERED** to meet and confer and propose a briefing schedule for dispositive motions on or before **December 18, 2023**.

The parties have also moved to stay the deadline for Defendants to respond to Plaintiff's complaint while the Court considers Plaintiff's motion for a preliminary injunction. (*Id.* at 6.) Accordingly, it is **ORDERED** that the deadline for Defendants to answer Plaintiff's complaint is **STAYED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**