UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE,<br><br>        Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>        Defendants. | No. 3:23-cv-00384-TRM-JEM |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael P. Clendenen, Trial Attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendants in this action.

DATED: November 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ *Michael P. Clendenen*
Michael P. Clendenen
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0693
E-mail: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*