IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 3:23-cv-0384 |
| | ) Judge Travis R. McDonough |
| XAVIER BECERRA, in his official capacity | ) Magistrate Judge Jill E. McCook |
| as Secretary of Health and Human Services; | ) |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES; JESSICA S. | ) |
| MARCELLA, in her official capacity as | ) |
| Deputy Assistant Secretary for Population | ) |
| Affairs; and OFFICE OF POPULATION | ) |
| AFFAIRS, | ) |
| | ) |
| *Defendants*. | ) |

## NOTICE OF FILING PROOF OF SERVICE

Please take notice that Plaintiff submits the attached proof of service pursuant to Fed. R. Civ. P. (4)(l).

Respectfully submitted,

*/s/ Trenton Meriwether*
TRENTON MERIWETHER (BPR# 38577)
MATTHEW P. DYKSTRA (BPR# 38237)
WHITNEY HERMANDORFER (BPR# 041054)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Trenton.Meriwether@ag.tn.gov
Matthew.Dykstra@ag.tn.gov
Whitney.Hermandrofer@ag.tn.gov

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing documents were served by this Court's electronic filing system on this 1st day of December 2023 on the following:

R. Charlie Merritt
Michael P. Clendenen
Civil Division, Federal Programs Branch
U.S. Department of Justice
(202) 616-8098
robert.c.merritt@usdoj.gov
Michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

                 */s/ Trenton Meriwether*
                 TRENTON MERIWETHER (BPR# 38577)
                 Assistant Attorney General

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| State of Tennessee <br><br> *Plaintiff(s)* <br> v. <br> Xavier Becerra, in his official capacity as Secretary of Health and Human Services, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:23cv384-TRM/JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Xavier Becerra, in his official capacity as Secretary of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Office of the Tennessee Attorney General
Whitney Hermandorfer, Assistant Solicitor General
Trenton Meriwether, Assistant Attorney General
Matthew P. Dykstra, Senior Assistant Attorney Geneal
P.O. Box 20207
Nashville, Tennessee 37202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 10/24/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Xavier Becerra
was received by me on *(date)* October 25, 2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* 10/25/2023- mailed by certified mail 7020 1810 0000 1030 3404
11/6/2023- delivered; return receipt attached.

My fees are $ n/a for travel and $ n/a for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/20/2023

/s/Rachel Kemp
*Server's signature*

Rachel Kemp
*Printed name and title*

500 Dr. Martin Luther King, Jr. Blvd, Nashville, TN 37243
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Xavier Becerra
United States Sec. of Health and
Human Services
200 Independence Ave., SW
Washington, DC 20201

9590 9402 5893 0049 2170 99

2. Article Number *(Transfer from service label)*

7020 1810 0000 1030 3404

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Ross

C. Date of Delivery 11/6/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...ed Mail
- ...ed Mail Restricted Delivery $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**USPS TRACKING #**

9590 9402 5893 0049 2170 99

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Tennessee Attorney General
John Sevier State Office Building
500 Dr. Martin Luther King, Jr. Blvd.
Nashville, TN 37243
Attn: Rachel Kemp

RECEIVED
NOV 14 2023
ATTORNEY GENERAL'S
OFFICE



