IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. 3:23-cv-384 |
| | ) ) ) ) |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) ) ) ) ) ) |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction and 5 U.S.C. § 705 Stay, the memoranda in support thereof and in opposition thereto, any arguments of counsel, and the entire record in this case, it is hereby:

**ORDERED** that Plaintiff's Motion for Preliminary Injunction and 5 U.S.C. § 705 Stay **BE**, and it hereby **IS**, **GRANTED**; it is further

**ORDERED** that HHS's March 20, 2023, decision ("Rescindment Decision") to rescind Tennessee's Title X funding **BE**, and hereby **IS, DECLARED** to be likely unlawful under the Spending Clause, APA, or both; it is further

**ORDERED** that the Rescindment Decision **BE**, and hereby **IS**, **STAYED** under 5 U.S.C. § 705, such that the Rescindment Decision has no legally operative effect; it is further

**ORDERED** that the Defendants, and any other agency or employee of the United States**,**

1

Case 3:23-cv-00384-TRM-JEM   Document 20-1   Filed 12/01/23   Page 1 of 2
PageID #: 297

**BE**, and hereby **ARE**, **ENJOINED** from enforcing, relying on, implementing, or otherwise acting pursuant to the Rescindment Decision; it is further

**ORDERED** that the Defendants **BE**, and hereby **ARE**, **ENJOINED** from withholding Title X funds, to which Tennessee would be entitled under the March 2022 award of Tennessee's 5-year Title X grant, on the basis that Tennessee's Title X program does not engage in counseling and referrals for abortions (including out-of-state abortions) that are otherwise illegal under Tennessee law; it is further

**ORDERED** that the Defendants **BE**, and hereby **ARE**, **ENJOINED** from disbursing any Title X funding to which Tennessee would be entitled absent the Rescindment Decision to any entity other than Tennessee's Health Department; and it is further

**ORDERED** that the security requirement of Federal Rule of Civil Procedure 65(c) **BE**, and hereby **IS**, **WAIVED**.

**SO ORDERED.**

Dated: _____  _____
Honorable Travis R. McDonough
United States District Court Judge