IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| STATE OF TENNESSEE, | ) | |
| --- | --- | --- |
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 3:23-cv-384 |
| | ) | Judge Travis R. McDonough |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and OFFICE OF POPULATION AFFAIRS, | ) | Magistrate Judge Jill E. McCook |
| *Defendants*. | ) | |

## JOINT MOTION
## REGARDING DISPOSITIVE BRIEFING SCHEDULE

This Court's order dated November 20, 2023 (Docket Entry 17), directed the parties to file a proposed dispositive briefing schedule by December 18, 2023. The parties have conferred, and hereby jointly move this Court to enter a briefing order stating that:

1. Defendants must produce an administrative record by February 2, 2024;

2. The parties shall file a motion for a dispositive briefing schedule and their proposed schedules by the earlier of:

    a. 14 days following this Court's resolution of Plaintiff Tennessee's preliminary injunction motion (Docket Entry 20) or

    b. April 1, 2024;

3. Tennessee reserves the right to move for a dispositive briefing schedule sooner in light of case-related events.

A proposed order reflecting this joint proposal is enclosed.

1

Respectfully submitted,

*/s/ Trenton Meriwether*
TRENTON MERIWETHER (BPR# 38577)
WHITNEY HERMANDORFER* (BPR# 41054)
MATTHEW P. DYKSTRA* (BPR# 38237)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
trenton.meriwether@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
matthew.dykstra@ag.tn.gov
**Admitted Pro Hac Vice*

*Counsel for Plaintiff the State of Tennessee*

*/s/ Charlie Merritt*
R. Charlie Merritt
Michael P. Clendenen
Civil Division, Federal Programs Branch
U.S. Department of Justice
Tel: (202) 616-8098
robert.c.merritt@usdoj.gov
michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 18th day of December 2023 on the following:

R. Charlie Merritt
Michael P. Clendenen
Civil Division, Federal Programs Branch
U.S. Department of Justice
(202) 616-8098
robert.c.merritt@usdoj.gov
michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

                                                  */s/ Trenton Meriwether*
                                                  TRENTON MERIWETHER (BPR# 38577)
                                                  Office of the Tennessee Attorney General
                                                  P.O. Box 20207
                                                  Nashville, Tennessee 37202
                                                  trenton.meriwether@ag.tn.gov

                                                  *Counsel for Plaintiff the State of Tennessee*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> XAVIER BECERRA, in his official capacity ) <br> as Secretary of Health and Human Services; ) <br> U.S. DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES; JESSICA S. MAR- ) <br> CELLA, in her official capacity as Deputy ) <br> Assistant Secretary for Population Affairs; ) <br> and OFFICE OF POPULATION AF- ) <br> FAIRS, ) <br> ) <br> *Defendants*. ) | Civil Action No. 3:23-cv-384 <br> Judge Travis R. McDonough <br> Magistrate Judge Jill E. McCook |

**[PROPOSED] ORDER
REGARDING DISPOSITIVE BRIEFING SCHEDULE**

This Court's order dated November 20, 2023 (Docket Entry 17), directed the parties to file a proposed dispositive briefing schedule by December 18, 2023. Pursuant to that order, the parties have filed a Joint Motion Regarding Dispositive Briefing Schedule, which this Court hereby **GRANTS** and, so, **ORDERS** that, per the parties' joint motion:

1. Defendants must produce an administrative record by February 2, 2024;

2. The parties shall file a motion for a dispositive briefing schedule and their proposed schedules by the earlier of:

    a. 14 days following this Court's resolution of Plaintiff Tennessee's preliminary injunction motion (Docket Entry 20) or

    b. April 1, 2024;

3. Tennessee reserves the right to move for a dispositive briefing schedule sooner in light of case-related events.

1

**SO ORDERED.**

_____
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**