# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE, ) | |
| ) | Case No. 3:23-cv-384 |
| *Plaintiff,* ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| UNITED STATES DEPARTMENT OF ) | |
| HEATLH AND HUMAN SERVICES, ) | |
| XAVIER BECERRA, in his official ) | |
| capacity, and OFFICE OF POPULATION ) | |
| AFFAIRS, JESSICA MARCELLA, in her ) | |
| official capacity, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Before the Court is the parties' joint motion regarding a dispositive-motion briefing schedule (Doc. 22). On November 15, 2023, the parties moved for an order setting a briefing schedule (Doc. 16). The parties agreed on a briefing schedule for Plaintiff's motion for a preliminary injunction but could not agree on a briefing schedule for dispositive motions. (*Id.*) Accordingly, on November 20, 2023, the Court ordered the parties to confer and propose a briefing schedule for dispositive motions on or before December 18, 2023. (Doc. 17.) The parties have not proposed a briefing schedule as ordered but instead jointly move that the Court order the parties to file their proposed dispositive-motion briefing schedule on or before either April 1, 2024, or within 14-days of the Court's ruling on Plaintiff's motion for a preliminary injunction, whichever date is earlier. (*Id.*) Because the parties have failed to propose a briefing

schedule as ordered, the Court will set one:[1]

1. Defendants **SHALL** produce the administrative record on or before **February 2, 2024**.

2. The parties **SHALL** file all dispositive motions under Rule 12 and all motions for summary judgment pursuant to Rule 56 on or before **April 1, 2024**.

3. The parties **SHALL** comply with Local Rule 7.1 in filing any response to the motion or any reply in support of the motion.

    **SO ORDERED.**

                                                                    /s/ *Travis R. McDonough*
                                                                    **TRAVIS R. MCDONOUGH**
                                                                    **UNITED STATES DISTRICT JUDGE**

---

[1] This schedule reflects the fact that Plaintiff has acknowledged that this matter "present[s] purely legal issues resolved on the basis of an administrative record" and will likely not involve discovery. (Doc. 16, at 4.)