# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:23-cv-00384-TRM-JEM |
| v. | ) | |
| | ) | |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra R. Saslaw, Trial Attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for the Defendants in this action.

Dated: January 16, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Alexandra R. Saslaw*
Alexandra R. Saslaw (DC Bar #1618175)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4520
alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*