# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE,<br><br>        Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>        Defendants. | No. 3:23-cv-00384-TRM-JEM |

## DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants, through undersigned counsel, hereby give notice that, in conjunction with the present document, they are filing a copy of the certified administrative record regarding the March 20, 2023 decision not to fund a continuation award for Grant #FPHPA006553. Defendants are filing an index and a declaration certifying the authenticity of the record, and the record itself.

DATED: February 1, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ *Alexandra R. Saslaw*
MICHAEL P. CLENDENEN
R. CHARLIE MERRITT
ALEXANDRA R. SASLAW (DC Bar #1618175)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4520
E-mail: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*