IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

STATE OF TENNESSEE,

        Plaintiff,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,

        Defendants.

No. 3:23-cv-00384-TRM-JEM

## INDEX TO ADMINISTRATIVE RECORD

| Document | Tab | AR Pages |
|---|---|---|
| 42 C.F.R. Part 50 Subpart D (in effect on 3/20/2023) | A | 1–3 |
| 42 C.F.R. Part 59 (in effect on 3/20/2023) | B | 4–17 |
| 42 U.S.C. § 300 *et seq.* | C | 18–21 |
| Excerpt from Consolidated Appropriations Act, 2023, Public Law 117-328, 136 Stat. 4459, 4857 (2022) | D | 22–23 |
| *Ensuring Access to Equitable, Affordable, Client-Centered, Quality Family Planning Services* (Title X 2021 Final Rule) (Oct. 7, 2021) | E | 24–60 |
| HHS Office of Population Affairs, *Dobbs v. Jackson Women's Health Organization* U.S. Supreme Court Decision: Impact on Title X Program: Questions & Answers for Title X Recipients (Nov. 2022) | F | 61–71 |
| Jan. 25, 2023 Letter from Office of Population Affairs to Title X Services Grantee Project Directors | G | 72–73 |
| Feb. 13, 2023 Letter from Tennessee Department of Health to Office of Population Affairs | H | 74-77 |
| Mar. 1, 2023 Letter from Office of Population Affairs to Tennessee Department of Health | I | 78–80 |
| Mar. 20, 2023 Letter from Office of Population Affairs to Tennessee Department of Health | J | 81–83 |
| 42 C.F.R. Part 16 (in effect on 3/20/2023) | K | 84–93 |

| | | |
|---|---|---|
| Order Denying Plaintiffs' Motion for Preliminary Injunction, *Ohio v. Becerra*, No. 1:21-cv-675 (S.D. Ohio Dec. 29, 2021), ECF No. 50. | L | 94-129 |
| Tenn. Code Ann. § 39-15-213(a)(1) | M | 130-131 |
| Excerpt from U.S. Department of Health & Human Services, *Program Guidelines for Project Grants for Family Planning Services* (1981) | N | 132-135 |
| *Standards of Compliance for Abortion-Related Services in Family Planning Services Project* (Title X 2000 Final Rule) (June 30, 2000) | O | 136-146 |
| May 17, 2021 Letter from Ohio Attorney General Dave Yost to Secretary of Health and Human Services Xavier Becerra regarding proposed rule RIN 0937-AA11, as set forth in 42 C.F.R. Part 59, 86 Federal Register 19812 | P | 147-164 |
| United States Department of Health & Human Services, Office of the Assistant Secretary for Health, Office of Population Affairs, *Tennessee Department of Health FPHPA006553 Title X Program Review Report: Virtual Program Review (VPR) July 11-15, 2022* | Q | 165-227 |
| Tennessee Department of Health, *Family Planning Administrative Manual* (Revised March 2022) | R | 228-288 |
| Tennessee Department of Health, *Tennessee Family Planning Administrative Policy & Procedure Manual* (Revised May 2022) | S | 289-374 |
| Abortion Resource List (Revised May 18, 2022) | T | 375 |
| Oct. 19, 2022 Email from Office of Population Affairs to Tennessee Department of Health regarding Program Review Final Report | U | 376-377 |
| Tennessee Department of Health Notice of Award # FPHPA0065530-01-00 (Award Date Mar. 24, 2022) | V | 388-394 |