UNITED STATES OF AMERICA

Department of Health and Human Services

CERTIFICATION OF TRUE COPY

**CERTIFICATION
OF THE ADMINISTRATIVE RECORD UPON THE 2ND OF FEBRUARY 2024**

I, Jessica Marcella, Deputy Assistant Secretary for Population Affairs, Office of the Assistant Secretary for Health, do hereby certify that to the best of my knowledge the materials described in the accompanying index constitutes a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in issuing the March 20, 2023 decision not to fund a continuation award for Grant #FPHPA006553.

_____
Jessica Marcella, MPA


Dated: _____