IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. 3:23-cv-384 |
| | ) Chief Judge Travis R. McDonough |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; *et al.*, | ) Magistrate Judge Jill E. McCook ) ) ) |
| *Defendants*. | ) ) |

**JOINT MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR SUMMARY JUDGMENT BRIEFING AND FOR LEAVE TO FILE REPLY BRIEFS**

Plaintiff the State of Tennessee and Defendants (the Department of Health and Human Services; the Secretary of Health and Human Services, in his official capacity; the Office of Population Affairs; and the Deputy Assistant Secretary for Population Affairs, in her official capacity) jointly move under Local Rule 7.1 and ¶¶ 5.D, 5.E of Chief Judge McDonough's Judicial Preferences to enlarge the page limit for briefing their cross-motions for summary judgment and for leave to file reply briefs in support of their respective cross-motions.

1. Plaintiff filed its Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction, and accompanying exhibits on December 1, 2023. Defendants responded on January 16, 2024, and Plaintiffs filed a reply in support of their Motion for Preliminary Injunction on February 1, 2024.

1

2. On January 5, 2024, the Court entered a scheduling order directing the parties to file all motions for summary judgment on or before April 1, 2024, and to "comply with Local Rule 7.1 in filing any response to such motion or any reply in support of the motion." ECF No. 24, PageID#359.

3. Under Local Rule 7.1(b), opening and response briefs for dispositive motions "shall not exceed 25 pages in length unless otherwise ordered by the Court."

4. The parties jointly request to increase the page limit for the opening and response briefs for their cross-motions for summary judgment from 25 pages to 30 pages.

5. The parties respectfully submit that this matter is "sufficiently complex" to warrant a "request[] for five additional pages." Chief Judge McDonough's Judicial Preferences ¶ 5.D. Plaintiff's Complaint contains five claims that raise important and complex issues of constitutional, statutory, and administrative law. *See* ECF No. 1, PageID##22-30.

6. Local Rule 7.1(c) provides that "[u]nless otherwise stated by the Court, reply briefs are not necessary and are not required by the Court," and "[a]ll parties are expected to adhere to the terms of Local Rule 7.1(c)." Chief Judge McDonough's Judicial Preferences ¶ 5.E.

7. Given the importance and complexity of this matter, the parties believe that submitting reply briefs will better ensure full litigation of the issues presented and will assist the Court.

8. The parties accordingly seek leave to file reply briefs in support of their respective cross-motions that shall not exceed ten pages.

9. For the foregoing reasons, the parties request that the Court grant this motion and order that opening and response briefs for the parties' cross-motions for summary judgment may be 30 pages in length, and the parties may file reply briefs in support of their respective motions that shall not exceed ten pages.

Respectfully submitted,

| | |
|---|---|
| /s/ *Whitney Hermandorfer* | BRIAN M. BOYTON |
| WHITNEY HERMANDORFER* (BPR# 41054) | Principal Deputy Assistant Attorney General |
| Director of Strategic Litigation | MICHELLE R. BENNTT |
| TRENTON MERIWETHER (BPR# 38577) | Assistant Branch Director |
| MATTHEW P. DYKSTRA* (BPR# 38237) | |
| Assistant Attorneys General | |
| Office of the Tennessee Attorney General | /s/ *Alexandra R. Saslaw* |
| P.O. Box 20207 | ALEXANDRA R. SASLAW |
| Nashville, Tennessee 37202 | MICHEAL P. CLENDENEN |
| (615) 741-8726 | Trial Attorneys |
| Whitney.Hermandorfer@ag.tn.gov | Civil Division, Federal Programs Branch |
| Trenton.Meriwether@ag.tn.gov | U.S. Department of Justice |
| Matthew.Dykstra@ag.tn.gov | 1100 L Street, NW |
| *Admitted Pro Hac Vice | Washington, DC 20005 |
| Counsel for Plaintiff the State of Tennessee | (202) 616-8098 |
| | alexandra.r.saslaw@usdoj.gov |
| | michael.p.clenden@usdoj.gov |
| | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 11th day of March 2024 on the following:

Alexandra R. Saslaw
Michael P. Clendenen
Civil Division, Federal Programs Branch
U.S. Department of Justice
Tel: (202) 616-8098
Alexandra.r.saslaw@usdoj.gov
Michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

                                    */s/ Whitney Hermandorfer*
                                    WHITNEY HERMANDORFER (BPR# 41054)
                                    Director of Strategic Litigation
                                    *Counsel for Plaintiff the State of Tennessee*