IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 3:23-cv-384 |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, | ) |
| *Defendants*. | ) |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion for Enlargement of Page Limit for Summary Judgment Briefing and for Leave to File Reply Briefs, it is hereby:

**ORDERED** that the motion **BE**, and it hereby **IS**, **GRANTED**; it is further

**ORDERED** that an opening brief in support of either party's motion for summary judgment pursuant to Rule 56 may be 30 pages in length; it is further

**ORDERED** that a response brief to either party's motion for summary judgment pursuant to Rule 56 may be 30 pages in length; it is further

**ORDERED** that either party moving for summary judgment pursuant to Rule 56 may file a reply brief in support of its motion that shall not exceed ten pages in length; it is

**SO ORDERED.**

Dated: _____

_____
Honorable Travis R. McDonough
United States District Court Judge