# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 3:23-cv-384 |
| | ) Judge Travis R. McDonough |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and OFFICE OF POPULATION AFFAIRS, | ) Magistrate Judge Jill E. McCook |
| *Defendants.* | ) |

## NOTICE OF APPEAL

Notice is hereby given that the State of Tennessee appeals to the United States Court of Appeals for the Sixth Circuit from this Court's opinion and order denying the State's Motion for a Preliminary Injunction entered March 11, 2024.

Respectfully submitted,

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER* (BPR# 41054)
TRENTON MERIWETHER (BPR# 38577)
MATTHEW DYKSTRA* (BPR# 38237)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-8726
Whitney.hermandorfer@ag.tn.gov
Trenton.meriwether@ag.tn.gov
Matthew.dykstra@ag.tn.gov
**Admitted Pro Hac Vice*
*Counsel for Plaintiff the State of Tennessee*

1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 11 day of March 2024 on the following:

R. Charlie Merritt
Alexandra Saslaw
Michael P. Clendenen
Civil Division, Federal Programs Branch
U.S. Department of Justice
Tel: (202) 616-8098
Robert.c.merritt@usdoj.gov
Michael.p.clendenen@usdoj.gov
Alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER* (BPR# 41054)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Whitney.Hermandorfer@ag.tn.gov

*Counsel for Plaintiff the State of Tennessee*