IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 3:23-cv-384 |
| | ) Judge Travis R. McDonough |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and OFFICE OF POPULATION AFFAIRS, | ) Magistrate Judge Jill E. McCook |
| *Defendants*. | ) |

**OPPOSED MOTION FOR INJUNCTION PENDING APPEAL**

Tennessee appreciates this Court's expeditious ruling on its motion for a preliminary injunction. Tennessee has since noticed an appeal, and will ask the Sixth Circuit to issue an emergency injunction pending appeal prohibiting Defendants from enforcing the challenged grant-rescindment decision or disbursing Tennessee's funding to alternative grantees. Before seeking that relief, however, a movant "ordinarily" must "first" seek it "in the district court." Fed. R. App. P. 8(a). Federal Rule of Civil Procedure 62(d) authorizes district courts to "grant an injunction" while "an appeal is pending from an interlocutory order . . . that . . . refuses . . . an injunction." Fed. R. Civ. P. 62(d). For the reasons provided in Tennessee's motion for a preliminary injunction, Tennessee now moves this Court to issue an injunction pending resolution of the State's appeal to the Sixth Circuit.

Tennessee of course recognizes that this Court has already rejected these arguments in denying Tennessee's preliminary injunction motion, and the same four factors apply to both injunctions

1

pending appeal and injunctions for the length of the suit. *Compare Roberts v. Neace*, 958 F.3d 409, 413 (6th Cir. 2020) (*per curiam*), *with D.T. v. Sumner Cty. Sch.*, 942 F.3d 324, 326 (6th Cir. 2019). But by its own terms, "Rule 62(d) necessarily envisions situations in which a district court that has denied an injunction still grants an injunction pending appeal." *United States v. Facebook, Inc.*, No. CV 19-2184 (TJK), 2024 WL 291739, at *1 (D.D.C. Jan. 12, 2024). Tennessee requests that course here to preserve the *status quo* of the parties' 50-year Title X grant relationship, prevent Tennessee's impending irreparable harm, and allow Tennessee to obtain review in an orderly manner from the Sixth Circuit.

For those reasons, and for the reasons laid out in Tennessee's preliminary-injunction-stage filings, Tennessee respectfully requests an injunction pending appeal. Tennessee has conferred with Defendants, who oppose this motion for an injunction pending appeal. Because of the impending grant disbursement, which could occur as early as April 1, 2024, Tennessee intends to seek emergency relief from the Sixth Circuit. "Under [these] exceptional circumstances," should this Court be inclined to deny Tennessee's motion, Tennessee requests resolution of the motion at the Court's earliest convenience "prior to the expiration of [Defendants'] response time." LR7.2.

Respectfully submitted,

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER* (BPR# 41054)
TRENTON MERIWETHER (BPR# 38577)
MATTHEW P. DYKSTRA* (BPR# 38237)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov
Trenton.Meriwether@ag.tn.gov
Matthew.Dykstra@ag.tn.gov
*Admitted Pro Hac Vice*

*Counsel for Plaintiff the State of Tennessee*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 12 day of March 2024 on the following:

R. Charlie Merritt
Michael P. Clendenen
Alexandra Saslaw
Civil Division, Federal Programs Branch
U.S. Department of Justice
Tel: (202) 616-8098
Robert.c.merritt@usdoj.gov
Michael.p.clendenen@usdoj.gov
Alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER* (BPR# 41054)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Whitney.Hermandorfer@ag.tn.gov

*Counsel for Plaintiff the State of Tennessee*