IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| STATE OF TENNESSEE, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 3:23-cv-384 |
| | ) | Judge Travis R. McDonough |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and OFFICE OF POPULATION AFFAIRS, | ) | Magistrate Judge Jill E. McCook |
| *Defendants.* | ) | |

## WITHDRAWAL OF MOTION FOR INJUNCTION PENDING APPEAL

Tennessee hereby provides notice to the Court that it is withdrawing its Motion for Injunction Pending Appeal (Doc. 32). This withdrawal reflects that counsel for Tennessee and Defendants have reached a tentative agreement that obviates the need for immediate injunctive relief while the Sixth Circuit appeal proceeds. Tennessee reserves the right to renew its motion should later events require the need for immediate relief.

Respectfully submitted,

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER* (BPR# 41054)
TRENTON MERIWETHER (BPR# 38577)
MATTHEW P. DYKSTRA* (BPR# 38237)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov
*Admitted Pro Hac Vice*
*Counsel for Plaintiff the State of Tennessee*

1

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 14th day of March 2024 on the following:

R. Charlie Merritt
Michael P. Clendenen
Alexandra Saslaw
Civil Division, Federal Programs Branch
U.S. Department of Justice
Tel: (202) 616-8098
Robert.c.merritt@usdoj.gov
Michael.p.clendenen@usdoj.gov
Alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*

                */s/ Whitney Hermandorfer*
                WHITNEY HERMANDORFER* (BPR# 41054)
                Office of the Tennessee Attorney General
                P.O. Box 20207
                Nashville, Tennessee 37202
                Whitney.Hermandorfer@ag.tn.gov

                *Counsel for Plaintiff the State of Tennessee*

2

Case 3:23-cv-00384-TRM-JEM  Document 33  Filed 03/14/24  Page 2 of 2  PageID #: 864