# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
|    *Plaintiff,* | ) Case No. 3:23-cv-384 |
| v. | ) Judge Travis R. McDonough |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity, OFFICE OF POPULATION AFFAIRS, and JESSICA S. MARCELLA, in her official capacity, | ) Magistrate Judge Jill E. McCook |
|    *Defendants.* | ) |

## ORDER

Before the Court is the parties' joint motion for enlargement of the page limit for summary judgment briefing and for leave to file reply briefs (Doc. 29). The parties request relief from Local Rule 7.1 for their cross-motions for summary judgment. The parties ask that the page limit for their initial briefs and response briefs be increased from twenty-five pages to thirty pages. (*Id.* at 2.) The parties also request that the Court allow them to each file a reply brief, up to ten pages in length, in support of their motions. (*Id.*)

For good cause shown, the parties' motion is **GRANTED**.

**SO ORDERED.**

                                                    /s/ *Travis R. McDonough*
                                                  **TRAVIS R. MCDONOUGH**
                                                  **UNITED STATES DISTRICT JUDGE**