# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-384 |
| ) | Chief Judge Travis R. McDonough |
| XAVIER BECERRA, in his official capacity ) | Magistrate Judge Jill E. McCook |
| as Secretary of Health and Human Services; ) | |
| *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## JOINT MOTION TO VACATE THE CURRENT
## SUMMARY-JUDGMENT BRIEFING SCHEDULE

Plaintiff the State of Tennessee and Defendants (the Department of Health and Human Services; the Secretary of Health and Human Services, in his official capacity; the Office of Population Affairs; and the Deputy Assistant Secretary for Population Affairs, in her official capacity) jointly move to vacate the summary-judgment briefing schedule set by this Court (Doc. 24).

After this Court's order (Doc. 30) denying Plaintiff's preliminary injunction motion, Plaintiff appealed (Doc. 31) and moved in this Court for an injunction pending appeal (Doc. 32) to prevent it from losing another round of Title X funds in the funding cycle beginning April 1, 2024. Subsequently, undersigned counsel and counsel for Defendants met and conferred, during which "counsel for HHS advised that HHS can voluntarily reserve, on a temporary basis, Title X funding in an amount (approximately $7.1 million) sufficient to preserve Tennessee's ability to later access its 2024 Title X allocation should Tennessee prevail in this appeal." Attach. A, Tenn's Consent Mot. to Set Expedited Briefing

1

Schedule & Argument Schedule, 2, 6, 6th Cir. No. 24-5220 (Mar. 15, 2024). Tennessee then moved the Sixth Circuit, with Defendants' consent, for entry of an expedited briefing schedule that would permit that Court to resolve the preliminary-injunction appeal by mid-July 2024. On March 18, 2024, the Sixth Circuit granted the parties' request for entry of an expedited briefing schedule and submission of the case "at the earliest practicable date that the court's schedule will permit." Attach. B, Order Grant'g Mot. to Expedite; Attach. C, CA6 Briefing Ltr. *Tennessee v. Becerra*, No. 24-5220 (Mar. 18, 2024). Under this schedule, Tennessee's opening appellate brief is due April 5, Defendants' response is due April 26, and an optional reply is due May 6. *Id.* The Sixth Circuit reserved the decision regarding oral argument to the merits panel. The parties have jointly requested a decision no later than mid-July to permit Defendants time to arrange funding before the end of the fiscal year. Mot. to Expedite 6.

Currently, the parties' cross-motions for summary judgment are due to this Court on April 1, 2024. The Sixth Circuit's assessment of Tennessee's appeal will likely bear significantly on the parties' arguments and this Court's consideration of the legality of Defendants' decision not to issue a continuation award to Tennessee at the summary-judgment phase. Because this case turns on questions of law arising from an administrative record, rather than fact or expert discovery, the summary-judgment inquiry will likely overlap substantially with the Sixth Circuit's forthcoming assessment of Tennessee's merits arguments. Thus, continuing summary judgment briefing at this point without the benefit of the Sixth Circuit's opinion raises the prospect of multiple rounds of briefing—both before and after the Sixth Circuit's decision—with little attendant benefit to this Court's disposition of the case at summary judgment. The Sixth Circuit has already demonstrated an interest in expeditious resolution of the appeal, and the parties' proposal below aims to ensure that the district court case can likewise advance toward resolution in a way that minimizes the burdens to the parties and this Court.

For these reasons, the parties jointly request that the Court (1) vacate the current summary-judgment briefing schedule in light of the pending Sixth Circuit proceedings, (2) temporarily hold

further district court proceedings in abeyance, and (3) require that the parties submit a joint status report within 7 days of the Sixth Circuit's decision on the pending appeal or July 22, 2024, whichever is earlier.

Respectfully submitted,

/s/ Whitney Hermandorfer
WHITNEY HERMANDORFER* (BPR# 41054)
Director of Strategic Litigation
TRENTON MERIWETHER (BPR# 38577)
MATTHEW P. DYKSTRA* (BPR# 38237)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov
Trenton.Meriwether@ag.tn.gov
Matthew.Dykstra@ag.tn.gov
*Admitted Pro Hac Vice
Counsel for Plaintiff the State of Tennessee

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director

/s/ Alexandra R. Saslaw
ALEXANDRA R. SASLAW
MICHAEL P. CLENDENEN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 514-4520
alexandra.r.saslaw@usdoj.gov
michael.p.clenden@usdoj.gov
Counsel for Defendants

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 19th day of March 2024 on the following:

Alexandra R. Saslaw
Michael P. Clendenen
Civil Division, Federal Programs Branch
U.S. Department of Justice
Tel: (202) 514-4520
Alexandra.r.saslaw@usdoj.gov
Michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

                                                  */s/ Whitney Hermandorfer*
                                                  WHITNEY HERMANDORFER (BPR# 41054)
                                                  Director of Strategic Litigation
                                                  *Counsel for Plaintiff the State of Tennessee*