IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| STATE OF TENNESSEE, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 3:23-cv-384 Chief Judge Travis R. McDonough |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; *et al.*, | ) ) ) ) | Magistrate Judge Jill E. McCook |
| Defendants. | ) ) ) ) ) ) ) | |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Vacate Summary-Judgment Briefing Schedule, it is hereby:

**ORDERED** that the motion **BE**, and it hereby **IS**, **GRANTED** pending the resolution of Plaintiff's appeal from this Court's order denying Plaintiff's Motion for Preliminary Injunction; it is further

**ORDERED** that the parties' current summary-judgment briefing schedule is vacated; it is further

**ORDERED** that further district court proceedings are held in abeyance; it is further

**ORDERED** that the parties shall submit a joint status report within 7 days of the Sixth Circuit's decision on the pending appeal or July 22, 2024, whichever is earlier; it is

**SO ORDERED.**

Dated: _____  _____
Honorable Travis R. McDonough
United States District Court Judge

1