UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| STATE OF TENNESSEE, | ) | |
|---|---|---|
| *Plaintiff,* | ) | Case No. 3:23-cv-384 |
| | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Jill E. McCook |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity, OFFICE OF POPULATION AFFAIRS, and JESSICA S. MARCELLA, in her official capacity, | ) | |
| *Defendants.* | ) | |

## ORDER

Before the Court is the parties' joint motion to vacate the current summary judgment briefing schedule and stay proceedings pending Plaintiff's appeal (Doc. 36). For good cause shown, the parties' motion is **GRANTED**.

Accordingly, the dispositive-motion briefing schedule (Doc. 24) is **VACATED**. This case is hereby **STAYED**. The parties **SHALL** provide a joint status report within seven days of the Sixth Circuit's decision or on July 22, 2024, whichever is earlier.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**