UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-00384-TRM-JEM |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Allyson R. Scher, Trial Attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for the Defendants in this action.

Dated: March 27, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Allyson Scher*
Allyson Scher
Trial Attorney (DC Bar No. 1616379)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-9836
allyson.r.scher@usdoj.gov

*Counsel for Defendants*