IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| STATE OF TENNESSEE, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 3:23-cv-384 |
| | ) | Judge Travis R. McDonough |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and OFFICE OF POPULATION AFFAIRS, | ) | Magistrate Judge Jill E. McCook |
| *Defendants*. | ) | |

## JOINT STATUS REPORT

On March 21, this Court vacated this case's dispositive-motion briefing schedule and stayed the case pending Tennessee's appeal to the Sixth Circuit of this Court's denial of the State's preliminary injunction motion. Doc. 37. At the same time, this Court further ordered that the parties "provide a joint status report within seven days of the Sixth Circuit's decision or on July 22, 2024, whichever is earlier." *Id.* With no appellate decision yet, the parties offer this joint status report.

Arguments before the Sixth Circuit occurred last week on July 18. C.A.6 Doc. 48. The Sixth Circuit had previously asked the parties if they could maintain the status quo until August 30 if the panel agreed to issue an opinion by then. C.A.6 Doc. 37. Specific to Defendants, the panel asked if they could continue to hold the Title X funds at issue in this case until then. *Id.* The parties confirmed that they could maintain the status quo until August 30. C.A.6 Doc. 38-39. Consistent with the panel's prior order, the parties anticipate an appellate decision by August 30, 2024.

The parties propose that they can offer another joint status report either within seven days of

1

the Sixth Circuit's decision or on August 30, 2024, whichever is earlier.

Respectfully submitted,

/s/ Whitney Hermandorfer
WHITNEY HERMANDORFER* (BPR# 41054)
Director of Strategic Litigation
TRENTON MERIWETHER (BPR# 38577)
MATTHEW P. DYKSTRA* (BPR# 38237)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov
Trenton.Meriwether@ag.tn.gov
Matthew.Dykstra@ag.tn.gov
*Admitted Pro Hac Vice
Counsel for Plaintiff the State of Tennessee

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director

/s/ Alexandra R. Saslaw
ALEXANDRA R. SASLAW
MICHAEL P. CLENDENEN
ALLYSON SCHER
Trial Attorneys
Civil Division,
Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 514-4520
alexandra.r.saslaw@usdoj.gov
michael.p.clenden@usdoj.gov
allyson.r.scher@usdoj.gov
Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 22nd day of July 2024 on all counsel of record.

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER