IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, ) <br> ) <br>     *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> XAVIER BECERRA, in his official capacity ) <br> as Secretary of Health and Human Services; ) <br> U.S. DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES; JESSICA S. MAR- ) <br> CELLA, in her official capacity as Deputy ) <br> Assistant Secretary for Population Affairs; ) <br> and OFFICE OF POPULATION AF- ) <br> FAIRS, ) <br> ) <br>     *Defendants.* ) | Civil Action No. 3:23-cv-384 <br> Judge Travis R. McDonough <br> Magistrate Judge Jill E. McCook |

## SECOND JOINT STATUS REPORT

On March 21, this Court vacated this case's dispositive-motion briefing schedule and stayed the case pending Tennessee's preliminary injunction appeal to the Sixth Circuit. Doc. 37. At the same time, this Court further ordered that the parties "provide a joint status report within seven days of the Sixth Circuit's decision or on July 22, 2024, whichever is earlier." *Id.* Come July 22, the parties did so, Doc. 39, offering to submit another joint status report "within seven days of the Sixth Circuit's decision or on August 30, 2024, whichever is earlier." On Monday, the Sixth Circuit released its opinion affirming this Court's denial of preliminary relief. Doc. 40. The parties now offer this joint status report:

Following the Sixth Circuit's decision, Tennessee is considering seeking potential further appellate review. *See* Fed. R. App. P. 35(c), 40(a)(1)(B) (providing 45 days to seek rehearing in cases involving federal agency as a party). Both sides agree that it would be appropriate to maintain this case in abeyance pending Tennessee's decision on seeking review. The parties agree to submit a joint status report within seven days of Tennessee's further appeal or by October 17, 2024, whichever is earlier.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Whitney Hermandorfer*  <br>WHITNEY HERMANDORFER* (BPR# 41054)  <br>Director of Strategic Litigation  <br>TRENTON MERIWETHER (BPR# 38577)  <br>MATTHEW P. DYKSTRA* (BPR# 38237)  <br>Assistant Attorneys General  <br>Office of the Tennessee Attorney General  <br>P.O. Box 20207  <br>Nashville, Tennessee 37202  <br>(615) 741-8726  <br>Whitney.Hermandorfer@ag.tn.gov  <br>Trenton.Meriwether@ag.tn.gov  <br>Matthew.Dykstra@ag.tn.gov  <br>**Admitted Pro Hac Vice*  <br>*Counsel for Plaintiff the State of Tennessee* | BRIAN M. BOYNTON  <br>Principal Deputy Assistant Attorney General  <br>MICHELLE R. BENNETT  <br>Assistant Branch Director  <br><br>*/s/ Alexandra R. Saslaw*  <br>ALEXANDRA R. SASLAW  <br>MICHAEL P. CLENDENEN  <br>ALLYSON SCHER  <br>Trial Attorneys  <br>Civil Division,  <br>Federal Programs Branch  <br>U.S. Department of Justice  <br>1100 L Street, NW  <br>Washington, DC 20005  <br>(202) 514-4520  <br>alexandra.r.saslaw@usdoj.gov  <br>michael.p.clenden@usdoj.gov  <br>allyson.r.scher@usdoj.gov  <br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 30th day of August 2024 on all counsel of record.

              */s/ Whitney Hermandorfer*
              WHITNEY HERMANDORFER