UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE,<br><br>           Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>           Defendants. | No. 3:23-cv-00384-TRM-JEM |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney, Alexandra R. Saslaw, withdraws her appearance as counsel for Defendants in the above-captioned case. All previously listed counsel will continue to represent Defendants.

DATED: September 4, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ *Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*

1