IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No: 3:23-cv-384 |
| v. | ) | Chief Judge McDonough |
| | ) | Magistrate Judge McCook |
| XAVIER BECERRA, in his official | ) | |
| Capacity as Secretary of Health and Human | ) | |
| Services; *et al.*, | ) | |
| | ) | |
| *Defendants,* | ) | |

## MOTION TO WITHDRAW

In accordance with Local Rule 83.4, Trenton Meriwether, co-counsel for Plaintiff State of Tennessee, respectfully moves the Court to permit his withdrawal as co-counsel of record in this matter because he has accepted employment outside the Tennessee Attorney General's Office. The State will continue to be represented by Whitney D. Hermandorfer and Matthew P. Dykstra, with Ms. Hermandorfer as lead counsel. Mr. Meriwether respectfully asks that the Court enter an order granting this Motion.

Respectfully submitted,

*/s/ Trenton Meriwether*
Trenton Meriwether (BPR# 038577)
Assistant Attorney General
Office of the Tennessee Attorney General
General Litigation Division
P.O. Box 20207
Nashville, TN 37202-0207
(615) 253-3211
trenton.meriwether@ag.tn.gov

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on Friday, September 6, 2024, a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to all counsel of record.

                     *s/ Trenton Meriwether*
                     Trenton Meriwether