# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

STATE OF TENNESSEE,         )
                                       )

        *Plaintiff,*          )
                                       )

v.                               )     Civil Action No. 3:23-cv-384
                                       )     Judge Travis R. McDonough

XAVIER BECERRA, in his official    )     Magistrate Judge Jill E. McCook
capacity as Secretary of Health and Human )
Services; U.S. DEPARTMENT OF     )
HEALTH AND HUMAN SERVICES;    )
LYNN ROSENTHAL,[1] in her official    )
capacity as Deputy Assistant Secretary for )
Population Affairs; and OFFICE OF    )
POPULATION AFFAIRS,         )
                                       )

        *Defendants.*       )

---

## THIRD JOINT STATUS REPORT

---

On August 30, the parties filed a second joint status report. Doc. 41. In that joint status report, the parties advised the Court that Tennessee was "considering seeking potential further appellate review" of the Sixth Circuit's decision affirming the denial of preliminary relief and that both "sides agree that it would be appropriate to maintain this case in abeyance pending Tennessee's decision on seeking review." *Id.* The parties therefore "agree[d] to submit a joint status report within seven days of Tennessee's further appeal or by October 17, 2024, whichever is earlier." *Id.*

Tennessee filed a petition for rehearing en banc on October 9. Doc. 53 in No. 24-5220. The Sixth Circuit has directed defendants to file a response to that petition. Doc. 54 in No. 24-5220. Both sides agree that it would be appropriate to maintain this case in abeyance pending the Sixth Circuit's

---

[1] Under Federal Rule of Civil Procedure 25(d), successor official Lynn Rosenthal is automatically substituted for previous Deputy Assistant Secretary for Population Affairs Jessica S. Marcella.

1

consideration of Tennessee's petition. The parties agree to submit a joint status report within seven days of the Sixth Circuit's disposition of Tennessee's pending petition for rehearing en banc.

Respectfully submitted,

/s/ Whitney Hermandorfer
WHITNEY HERMANDORFER* (BPR# 41054)
Director of Strategic Litigation
MATTHEW P. DYKSTRA* (BPR# 38237)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov
Matthew.Dykstra@ag.tn.gov
*Admitted Pro Hac Vice
Counsel for Plaintiff the State of Tennessee

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director

/s/ Allyson Scher
MICHAEL P. CLENDENEN
ALLYSON SCHER
Trial Attorneys
Civil Division,
Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 514-4520
michael.p.clenden@usdoj.gov
allyson.r.scher@usdoj.gov
Counsel for Defendants

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 16th day of October 2024 on all counsel of record.

*/s/ Whitney Hermandorfer*
WHITNEY HERMANDORFER* (BPR# 41054)