# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-384 |
| ) | Judge Travis R. McDonough |
| ROBERT F. KENNEDY, JR., in his official ) | Magistrate Judge Jill E. McCook |
| capacity as Secretary of Health and Human ) | |
| Services, et al. ) | |
| ) | |
| *Defendants*. ) | |

## FIFTH JOINT STATUS REPORT

On May 13, 2025, the parties filed a fourth joint status report. ECF No. 49. The parties advised the Court that the Sixth Circuit had denied Tennessee's petition for en banc rehearing of its appeal from the denial of the State's motion for preliminary relief. But because Tennessee is considering further appellate review, "[b]oth sides agree[d] that it would be appropriate to maintain this case in abeyance pending Tennessee's decision to seek review." *Id.* at 1-2. The parties also "agree[d] to submit a joint status report within seven days of Tennessee's further appeal or by June 27, 2025, whichever is earlier." *Id.* at 2. The parties now offer this fifth joint status report:

Tennessee is still considering potential further appellate review. *See* S. Ct. R. 13 (allowing 90 days to seek certiorari). Both sides agree that it would be appropriate to maintain this case in abeyance pending Tennessee's decision to seek review. The parties agree to submit a joint status report within seven days of Tennessee's further appeal or by August 14, 2025, whichever is earlier.

Respectfully submitted,

/s/ Harrison Gray Kilgore
HARRISON GRAY KILGORE
Strategic Litigation Counsel and
Assistant Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 360-0351
Harrison.Kilgore@ag.tn.gov

*Counsel for Plaintiff the State of Tennessee*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

/s/ Jacob S. Siler
JACOB S. SILER
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St NW
Washington, DC 20005
Tel: (202) 353-4556
Jacob.S.Siler@usdoj.gov

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 27th day of June, 2025 on all counsel of record.

/s/ *Harrison Gray Kilgore*
HARRISON GRAY KILGORE