# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE,  )<br> )<br>    *Plaintiff*,  )<br> )<br>v.  )<br> )<br>ROBERT F. KENNEDY, JR., in his official )<br>capacity as Secretary of Health and Human )<br>Services, et al.  )<br> )<br>    *Defendants*.  ) | Civil Action No. 3:23-cv-384<br>Judge Travis R. McDonough<br>Magistrate Judge Jill E. McCook |

## SEVENTH JOINT STATUS REPORT

On August 14, 2025, the parties filed a sixth joint status report. ECF No. 55. They advised that Tennessee had filed a petition for a writ of certiorari with the Supreme Court of the United States seeking *Munsingwear* vacatur of the Sixth Circuit's decision affirming this Court's denial of the State's motion for preliminary relief. *Id.* The parties agreed that it was appropriate for proceedings in this Court to remain in abeyance pending a decision on Tennessee's petition. *Id.* They further agreed to submit a joint status report within seven days of any such action and thus offer this joint status report:

On January 20, 2026, the Supreme Court granted Tennessee's petition, vacated the Sixth Circuit's judgment, and ordered that Tennessee's appeal be remanded to the Court of Appeals with instructions to dismiss the matter as moot. ECF No. 57. Parties have 25 days to seek rehearing at the Supreme Court before the case is returned to the Court of Appeals, and then, the Sixth Circuit must act to implement the Supreme Court's order to dismiss the appeal. *See* S. Ct. R. 45. Until the Sixth Circuit issues its mandate in Tennessee's appeal, it is in the interest of judicial economy for proceedings in this Court to remain in abeyance. The parties therefore agree to provide a further joint status report within seven days of the Sixth Circuit's mandate dismissing Tennessee's appeal.

1

Respectfully submitted,

/s/ Harrison Gray Kilgore
HARRISON GRAY KILGORE
Strategic Litigation Counsel and
Assistant Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 360-0351
Harrison.Kilgore@ag.tn.gov

*Counsel for Plaintiff the State of Tennessee*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

/s/ Jacob S. Siler
JACOB S. SILER
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St NW
Washington, DC 20005
Tel: (202) 353-4556
Jacob.S.Siler@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 27th day of January, 2026 on all counsel of record.

                                         */s/ Harrison Gray Kilgore*
                                         HARRISON GRAY KILGORE