# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 23, 2026

Clerk
United States Court of Appeals
  for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Feb 23, 2026
KELLY L. STEPHENS, Clerk

      Re:   Tennessee
             v. Kennedy, Sec. of H&HS, et al.
             No. 25-162 (Your docket No. 24-5220)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                    Sincerely,

                    SCOTT S. HARRIS, Clerk

                    By

*/s/ M. Altner/*

M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 23, 2026

Mr. James Matthew Rice, Esq.
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

    Re:    Tennessee
             v. Kennedy, Sec. of H&HS, et al.
            No. 25-162

Dear Counsel:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

    The petitioner is given recovery of costs in this Court as follows:

    **Clerk's costs:**    $300.00

This amount may be recovered from the respondents.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    M. Altner
    Assistant Clerk – Judgments

cc:  6th. Cir.
(Your docket No. 24-5220)

# Supreme Court of the United States

No. 25-162

**TENNESSEE,**

Petitioner,

*v.*

**ROBERT F. KENNEDY,
SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit with instructions to dismiss the case as moot. See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950)

**IT IS FURTHER ORDERED** that the petitioner, Tennessee, recover from Robert F. Kennedy, Secretary of Health and Human Services, et al., Three Hundred Dollars ($300.00) for costs herein expended.

January 20, 2026

**Clerk's costs:**              $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States