UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-5220

STATE OF TENNESSEE,

    Plaintiff - Appellant,

    v.

ROBERT F. KENNEDY, Secretary of Health and Human Services, et al.,

    Defendants - Appellees.

**FILED**
Feb 24, 2026
KELLY L. STEPHENS, Clerk

Before: GIBBONS, KETHLEDGE, and DAVIS, Circuit Judges.

# ORDER

On Appeal from the United States District Court
for the Eastern District of Tennessee at Knoxville.

In light of the Supreme Court's order of January 20, 2026, the judgment issued in this case on March 10, 2025 is VACATED, and the case is DISMISSED AS MOOT.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk